CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs<br><br>　　　v.<br><br>City of Meadville, Pennsylvania,<br><br>　　　　　Defendant | Civil Action No: 04-328 Erie<br><br>Hon: Sean McLaughlin, United States District Judge: |

## JOINT MOTION FOR EXTENSION OF DISCOVERY

*Now*, August 8, 2005, come counsel for the Plaintiffs and for the Defendant in the above captioned action and move the court as follows:

1. On February 15, 2005, this court entered a case management order, setting time limits for pretrial procedures. The time for completion of discovery was set for August 15, 2005.

2. Counsel for the defendant had planned to depose plaintiffs' witnesses during August, before the close of discovery. However, this course of action will conflict with a planned vacation of plaintiffs' counsel.

3. Both counsel are amenable to extension of the time for discovery, and of the other matters which were scheduled in the case management order.

*Wherefore*, both counsel move the court to enter the accompanying proposed order, extending the time for discovery and other pretrial procedures by 30 days.

| HEBERLE & FINNEGAN | CULBERTSON, WEISS, SCHETROMA & SCHUG, P.C. |
|---|---|
| By: s/J. Mark Finnegan_____ | By: s/ David L. Hotchkiss_____ |
| **J. Mark Finnegan, Esquire** | **David L. Hotchkiss, Esquire** |
| 2580 Craig Road | Attorneys for Defendant |
| Ann Arbor, MI 48103 | 201 Chestnut Street, Suite 200 |
| (734) 302-3233 | Meadville, PA 16335 |