CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,

Plaintiffs

v.

City of Meadville, Pennsylvania,

Defendant

Civil Action No: 04-328 Erie

Hon: Sean McLaughlin, United States District Judge:

## ORDER EXTENDING TIME FOR DISCOVERY AND PRETRIAL PROCEDURE

*Now*, this ___12th_____ day of August, 2005, upon joint motion of counsel for the parties, it is hereby ordered that the time limits which were set under paragraph 3 of the case management order entered in this case February 15, 2005, are extended as follows:

1. The parties shall complete discovery on or before September 14, 2005

2. On or before October 4, 2005, any party may file a dispositive motion which shall be accompanied by a supporting brief, and such affidavits and other supporting documentation as may be appropriate. Any responding party may file an opposing brief, together with such affidavits in opposing documents as may be appropriate on or before October 25, 2005.

3. Except as to the above time limits only, all other provisions of the case management order dated February 15, 2005 shall remain in force.

By the court,

_____
Sean J. McLaughlin
United States District Judge