# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VOICES FOR INDEPENDENCE and PAUL PECUNAS; on behalf of themselves and all others similarly situated | Civil Action No. 04-328Erie |
| | HON: Sean J. McLaughlin |
| Plaintiffs, | |
| v. | MAG. JUDGE: Susan Paradise Baxter |
| CITY OF MEADVILLE, PENNSYLVANIA, | |
| Defendant. | |

********************************************************************************

## MOTION FOR ENTRY OF SECOND CONSENT DECREE

The parties, by and through their respective counsel of record, do hereby respectfully request that the court enter the attached Second Consent Decree.

Respectfully submitted,

 /s/ Craig A. Markham
Craig A. Markham (38531)
ELDERKIN, MARTIN, KELLY & MESSINA
Jones School Square
150 East Eighth Street
Erie, PA 16501
814-456-4000
814-454-7411 fax
Attorney for Plaintiffs