CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated, <br><br>  Plaintiffs <br><br> v. <br><br> City of Meadville, Pennsylvania, <br><br>  Defendant | Civil Action No: 04-328 Erie <br><br> Hon: Sean McLaughlin, United States District Judge: |

## SCHEDULING MOTION CERTIFICATE

*Now*, October 4, 2005, comes counsel for the Defendant in the above captioned action and states that on September 26, 2005, he did cause to be sent to counsel for the Plaintiff a letter with the Motion for Extension of the Case Management Order attached notifying counsel of his intent to file the Motion. This Motion is presented as contested, as counsel for the Plaintiff has not responded, despite numerous attempts to contact him, however, counsel for the Defendant does not believe there to be any reason why counsel for the Plaintiff would not consent to the Motion.

 CULBERTSON, WEISS, SCHETROMA & SCHUG, P.C.

 By: s/ David L. Hotchkiss
  **David L. Hotchkiss, Esquire**
  Attorneys for Defendant
  201 Chestnut Street, Suite 200
  Meadville, PA 16335