CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>City of Meadville, Pennsylvania,<br><br>Defendant | Civil Action No: 04-328 Erie<br><br>Hon: Sean McLaughlin, United States District Judge: |

## ORDER EXTENDING THE CASE MANAGEMENT ORDER

*Now*, this _____ day of _____ 2005, upon motion of counsel for Defendant, it is hereby ordered that the time limits which were set under paragraph 3 of the case management order entered in this case February 15, 2005, are extended as follows:

1. The dates within the Case Management Order in this case are stayed until:

    a. Either party by Motion requests that the Case Management Order be reinstated at which time the Case Management Order dates will be amended so

        1. that the parties must complete discovery within 30 days of notice of such Motion,

        2. that dispositive motions may be filed within 60 days of the Motion;

        3. responsive briefs to the dispositive motions may be filed within 80 days of notice of such Motion; or

    b. The expiration of the Second Consent Decree.

By the court,

_____
Sean J. McLaughlin
United States District Judge