CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania  16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>City of Meadville, Pennsylvania,<br><br>Defendant | Civil Action No: 04-328 Erie<br><br>Hon:  Sean McLaughlin, United States District Judge: |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Motion for Extension of the Case Management Order* was served by US First Class Mail upon counsel for the Plaintiffs, at the following address on October 4, 2005.

J. Mark Finnegan, Esquire
Heberle and Finnegan Ltd.
2580 Craig Road
Ann Arbor, MI  48103

CULBERTSON, WEISS, SCHETROMA & SCHUG, P.C.

By: s/ David L. Hotchkiss
**David L. Hotchkiss, Esquire**
Attorneys for Defendant
201 Chestnut Street, Suite 200
Meadville, PA  16335