IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VOICES FOR INDEPENDENCE<br>and PAUL PECUNAS<br>　　　Plaintiffs, | )<br>)<br>)<br>) | |
| Vs. | ) | CA 04-328 ERIE |
| CITY OF MEADVILLE, PA | )<br>) | |

## O R D E R

AND NOW this 28th day of October, 2005, the parties having entered into a Consent Decree

IT IS HEREBY ORDERED that this case is administratively closed.

IT IS FURTHER ORDERED that in the event that a dispute arises with respect to the terms of the Consent Decree, either party may file a motion to reopen the case.

　　　　　　　　　　　　　　　　　　s/Sean J. McLaughlin
　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　United States District Judge

cc: all counsel of record.nmk