CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>City of Meadville, Pennsylvania,<br><br>Defendant | Civil Action No: 04-328 Erie<br><br>Hon: Sean McLaughlin, United States District Judge: |

## LISTING OF PROJECTS COMPLETED AFTER JANUARY 26, 1992 BY THE CITY OF MEADVILLE AND PENNDOT

*Now*, November 22, 2005, comes counsel for the Defendant in the above captioned action and states as follows:

1. On September 2, 2005, this Court entered the Second Consent Decree between the parties.

2. Paragraphs 10 and 12 of the Second Consent Decree required Defendant to file a Listing of Projects Completed After January 26, 1992 by the City of Meadville and by PennDOT.

3. Enclosed herewith are Exhibit 1 – Explanation of Compilation of Data, Exhibit 2 – Key for Ramp Measurement, Exhibit 3 – Listing of Project by City of Meadville, Exhibit 4 – Listing of Projects by PennDOT which fulfills Defendants duty under said Paragraphs 10 and 12 and Exhibit 5 – Second Consent Decree.

CULBERTSON, WEISS, SCHETROMA & SCHUG, P.C.

By: s/ David L. Hotchkiss
**David L. Hotchkiss, Esquire**
Attorneys for Defendant
201 Chestnut Street, Suite 200
Meadville, PA 16335