EXHIBIT 3

1 of 8

# Listing of Projects Completed After January 26, 1992 By the City Of Meadville

Street Intersection - Direction Location

| Intersection - Direction | Top Landing Slope | Top Landing Cross Slope | Ramp Slope | Ramp Cross Slope | Bottom Landing Slope 1 | Bottom Landing Cross Slope 2 |
|---|---|---|---|---|---|---|
| Allegheny St. & Meadow St. - N. E.  Ramp | 1.60% | 2.23% | 5.27% | 1.43% | 2.90% | 1.50% |
| Allegheny St. & Meadow St. - N. W. Ramp | 1.33% | 0.30% | 8.10% | 0.70% | 2.90% | 1.20% |
| Allegheny St. & Vale St. - N. E.  Ramp | 5.43% | 0.67% | 8.00% | 0.50% | 2.30% | 6.10% |
| Allegheny St. & Vale St. - N. W. Ramp | 0.57% | 0.33% | 12.00% | 0.57% | 0.90% | 0.50% |
| Arch St. & East St. - N. E.  Ramp | 2.93% | 2.43% | 4.57% | 1.20% | 2.40% | 2.00% |
| Arch St. & East St. - S. E.  Ramp | 0.30% | 3.90% | 6.83% | 3.13% | 0.30% | 0.80% |
| Arch St. & East St. - S. W. Ramp | 2.27% | 5.87% | 8.77% | 7.60% | 1.40% | 7.60% |
| Arch St. & Spencer Al. - E.  Ramp | 1.07% | 7.23% | 10.40% | 7.93% | 3.10% | 8.50% |
| Arch St. & Spencer Al. - W. Ramp | 1.20% | 0.30% | 18.63% | 0.83% | 2.10% | 0.80% |
| Chestnut St. & Market St. - N. E.  Ramp | 1.73% | 4.00% | 19.63% | 2.33% | 7.50% | 3.50% |
| Chestnut St. & Market St. - S. E.  Ramp | 6.17% | 2.63% | 17.80% | 3.23% | 6.70% | 4.80% |
| Chestnut St. & Market St. - S. W. Ramp | 3.50% | 3.80% | 7.53% | 7.07% | 11.30% | 4.00% |
| Columbia Ave. & Kearney St. - N. E.  Ramp | 1.10% | 4.37% | 5.80% | 5.70% | 1.40% | 1.80% |
| Columbia Ave. & Kearney St. - S. E.  Ramp | #DIV/0! | #DIV/0! | 5.73% | 2.53% | 2.40% | 1.10% |
| Columbia Ave. & Lyons St. - N. E.  Ramp | 4.73% | 2.87% | 10.67% | 3.70% | 4.80% | 2.00% |
| Columbia Ave. & Lyons St. - S. E.  Ramp | 3.00% | 1.33% | 0.50% | 0.83% | 3.40% | 2.90% |
| Columbia Ave. & Race St. - N. E.  Ramp | 2.17% | 2.83% | 10.90% | 5.87% | 7.50% | 1.80% |
| Columbia Ave. & Race St. - N. W. Ramp | 1.33% | 1.87% | 5.57% | 3.57% | 3.90% | 4.20% |
| Fairmont Ave. & East St. - N. E.  Ramp | 10.57% | 2.77% | 20.93% | 3.20% | 2.80% | 3.60% |
| Fairmont Ave. & East St. - S. E.  Ramp | 1.07% | 2.57% | 5.87% | 1.17% | 2.60% | 1.20% |
| Fairmont Ave. & East St. - S. W. Ramp | 5.80% | 3.27% | 17.10% | 2.90% | 1.30% | 0.30% |
| Graff Ave. & A St. - N. E.  Ramp | 8.37% | 3.60% | 2.00% | 5.20% | 13.30% | 6.60% |
| Graff Ave. & A St. - N. W. Ramp | 3.97% | 3.23% | 8.80% | 8.53% | 6.40% | 4.50% |
| Graff Ave. & A St. - S. E.  Ramp | 6.77% | 4.30% | 19.57% | 4.90% | 0.90% | 9.30% |
| Graff Ave. & A St. - S. W. Ramp | 4.57% | 1.47% | 13.60% | 1.00% | 12.80% | 1.90% |
| Graff Ave. & B St. - N. E.  Ramp | 6.77% | 4.57% | 4.83% | 5.40% | 3.80% | 5.50% |
| Graff Ave. & B St. - N. W. Ramp | 7.60% | 1.03% | 3.30% | 2.70% | 11.90% | 3.30% |
| Graff Ave. & B St. - S. E.  Ramp | 5.93% | 7.30% | 16.20% | 5.83% | 7.40% | 3.90% |
| Graff Ave. & B St. - S. W. Ramp | 7.67% | 4.13% | 17.57% | 3.07% | 1.10% | 2.80% |
| Graff Ave. & C St. - N. E.  Ramp | #DIV/0! | #DIV/0! | 8.77% | 3.40% | 6.50% | 2.10% |
| Graff Ave. & C St. - N. W. Ramp | 5.23% | 4.50% | 7.30% | 3.03% | 5.20% | 3.00% |
| Graff Ave. & C St. - S. E.  Ramp | 5.20% | 2.67% | 12.67% | 3.67% | 2.80% | 3.20% |
| Graff Ave. & C St. - S. W. Ramp | 8.00% | 4.80% | 16.87% | 2.43% | 3.30% | 3.60% |
| Graff Ave. & D St. - N. E.  Ramp | #DIV/0! | #DIV/0! | 4.60% | 1.90% | 5.10% | 3.80% |
| Graff Ave. & D St. - N. W. Ramp | 3.07% | 3.60% | 12.67% | 9.03% | 1.60% | 0.70% |
| Graff Ave. & D St. - S. E.  Ramp | 2.27% | 4.93% | 8.07% | 5.30% | 1.10% | 1.10% |
| Graff Ave. & D St. - S. W. Ramp | 1.40% | 1.00% | 9.43% | 1.67% | 5.20% | 0.20% |
| Graff Ave. & E St. - N. E.  Ramp | 1.03% | 2.60% | 1.03% | 1.77% | 1.40% | 1.40% |
| Graff Ave. & E St. - N. W. Ramp | 1.73% | 2.43% | 5.80% | 4.50% | 1.20% | 2.10% |
| Graff Ave. & E St. - S. E.  Ramp | 1.07% | 1.30% | 0.43% | 0.67% | 2.50% | 1.10% |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

| Street Intersection - Direction Location (Intersection - Direction) | Side Flares | | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| | Left | Right | | | | | | |
| Allegheny St. & Meadow St. - N. E. Ramp | 7.40% | 8.70% | 6' 10" | 4' 7" | 4' 3" | 4' | 5' | 2004 |
| Allegheny St. & Meadow St. - N. W. Ramp | 1.80% | NA | 7' | 6' | 6' 5" | 4' | 4' 5" | 2004 |
| Allegheny St. & Vale St. - N. E. Ramp | NA | NA | 5' | 3' 9" | 4' 9" | 4' | 4' 7" | 2001 |
| Allegheny St. & Vale St. - N. W. Ramp | 1.40% | 6.70% | 6' | 4' 5" | 2' 8" | 4' | 4' 6" | 2001 |
| Arch St. & East St. - N. E. Ramp | NA | NA | 7' | 5' 4" | 5' 5" | 4' | 6' 4" | 1996 |
| Arch St. & East St. - S. E. Ramp | NA | NA | 5' 6" | 5' 11" | 6' 8" | 4' | 4' | 1996 |
| Arch St. & East St. - S. W. Ramp | NA | NA | 4' 7" | 4' 5" | 5' 4" | 4' | 5' | 1996 |
| Arch St. & Spencer Al. - E. Ramp | NA | NA | 4' 5" | 6' 5" | 7' | 4' | 4' | 1996 |
| Arch St. & Spencer Al. - W. Ramp | 19.00% | 16.30% | 4' | 2' 8" | 3' 3" | 4' | 4' 5" | 1996 |
| Chestnut St. & Market St. - N. E. Ramp | NA | NA | 5' 11" | 4' 4" | 3' 4" | 4' | 4' 4" | 1994 |
| Chestnut St. & Market St. - S. E. Ramp | NA | NA | 5' 6" | 7' 3" | 7' 6" | 4' | 4' 6" | 1994 |
| Chestnut St. & Market St. - S. W. Ramp | NA | NA | 4' 8" | 5' 4" | 7' 8" | 4' | 6' | 1994 |
| Columbia Ave. & Kearney St. - N. E. Ramp | NA | NA | 4' | 6' | 3' 7" | 4' | 5' | 1993 |
| Columbia Ave. & Kearney St. - S. E. Ramp | NA | NA | NA | NA | 5' 7" | 4' | 5' 4" | 1993 |
| Columbia Ave. & Lyons St. - N. E. Ramp | NA | NA | 5' 10" | 5' 7" | 5' 6" | 4' | 4' | 1993 |
| Columbia Ave. & Lyons St. - S. E. Ramp | 0.40% | 12.30% | 5' 5" | 6' | 7' 10" | 4' | 5' | 1993 |
| Columbia Ave. & Race St. - N. E. Ramp | NA | NA | 5' | 6' | 5' 4" | 4' | 4' 6" | 1993 |
| Columbia Ave. & Race St. - N. W. Ramp | NA | NA | 6' | 4' 4" | 4' 5" | 4' | 5' | 1993 |
| Fairmont Ave. & East St. - N. E. Ramp | NA | NA | 5' 5" | 3' 4" | 5' | 4' | 4' 5" | 1994 |
| Fairmont Ave. & East St. - S. E. Ramp | NA | NA | 5' 11" | 5' 11" | 6' 8" | 4' | 4' | 1994 |
| Fairmont Ave. & East St. - S. W. Ramp | NA | NA | 5' 6" | 5' 7" | 4' | 4' | 4' | 1994 |
| Graff Ave. & A St. - N. E. Ramp | NA | NA | 4' 3" | 6' 2" | 6' 2" | 4' | 4' | 1998 |
| Graff Ave. & A St. - N. W. Ramp | NA | NA | 5' 5" | 4' | 5' 10" | 4' | 4' | 1998 |
| Graff Ave. & A St. - S. E. Ramp | NA | NA | 5' 5" | 6' | 7' | 4' | 4' | 1998 |
| Graff Ave. & A St. - S. W. Ramp | NA | NA | 6' | 6' | 3' 4" | 4' | 5' 8" | 1998 |
| Graff Ave. & B St. - N. E. Ramp | NA | NA | 5' | 6' | 4' 11" | 4' | 5' | 1998 |
| Graff Ave. & B St. - N. W. Ramp | NA | NA | 6' | 7' | 4' | 4' | 4' | 1998 |
| Graff Ave. & B St. - S. E. Ramp | NA | NA | 4' 6" | 3' 6" | 5' 5" | 4' | 4' 6" | 1998 |
| Graff Ave. & B St. - S. W. Ramp | NA | NA | 6' | 4' 4" | 6' | 4' | 4' 4" | 1998 |
| Graff Ave. & C St. - N. E. Ramp | 15.20% | 15.80% | NA | NA | 6' | 4' | 3' 5" | 1996 |
| Graff Ave. & C St. - N. W. Ramp | NA | NA | 5' 10" | 6' | 4' 10" | 4' | 5' | 1996 |
| Graff Ave. & C St. - S. E. Ramp | 0.20% | NA | 5' 8" | 5' 3" | 4' 9" | 4' | 5' | 1996 |
| Graff Ave. & C St. - S. W. Ramp | NA | NA | 5' | 6' | 6' | 4' | 5' | 1996 |
| Graff Ave. & D St. - N. E. Ramp | NA | 11.00% | NA | NA | 6' 8" | 4' | 6' | 1996 |
| Graff Ave. & D St. - N. W. Ramp | NA | NA | 5' | 5' | 8' | 4' | 6' | 1996 |
| Graff Ave. & D St. - S. E. Ramp | 15.90% | NA | 4' 10" | 4' 11" | 8' | 4' | 5' | 1996 |
| Graff Ave. & D St. - S. W. Ramp | NA | NA | 6' | 5' | 4' 8" | 4' | 4' | 1996 |
| Graff Ave. & E St. - N. E. Ramp | NA | NA | 5' 10" | 4' 11" | 8' 3" | 4' | 6' | 1996 |
| Graff Ave. & E St. - N. W. Ramp | NA | NA | 6' | 5' 8" | 9' 3" | 4' | 6' | 1996 |
| Graff Ave. & E St. - S. E. Ramp | NA | NA | 6' | 3' 11" | 4' 9" | 4' | 6' | 1996 |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

| Street Intersection - Direction Location | Top Landing Slope | Cross Slope | Ramp Slope | Cross Slope | Bottom Landing Slope 1 | Cross Slope 2 |
|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | |
| Graff Ave. & E St. - S. W. Ramp | 1.90% | 1.90% | 7.00% | 1.87% | 3.20% | 1.20% |
| Graff Ave. & F St. - N. E. Ramp | 3.77% | 1.33% | 7.27% | 1.77% | 2.10% | 3.90% |
| Graff Ave. & F St. - N. W. Ramp | 2.33% | 2.23% | 2.93% | 2.07% | 1.30% | 5.30% |
| Graff Ave. & F St. - S. E. Ramp | 5.40% | 2.73% | 16.93% | 2.17% | 0.90% | 6.80% |
| Graff Ave. & F St. - S. W. Ramp | 5.57% | 2.70% | 2.13% | 3.07% | 4.40% | 5.00% |
| Graff Ave. & G St. - N. E. Ramp | 0.67% | 0.73% | 3.83% | 0.47% | 16.00% | 6.00% |
| Graff Ave. & G St. - N. W. Ramp | 10.30% | 0.57% | 14.97% | 0.90% | 2.40% | 2.50% |
| Graff Ave. & G St. - S. E. Ramp | #DIV/0! | #DIV/0! | 8.37% | 6.97% | 12.90% | 6.40% |
| Graff Ave. & G St. - S. W. Ramp | 0.73% | 0.67% | 5.47% | 1.07% | 12.00% | 1.00% |
| Graff Ave. & H St. - N. E. Ramp | 7.10% | 2.73% | 4.17% | 1.57% | 4.70% | 1.20% |
| Graff Ave. & H St. - N. W. Ramp | 6.63% | 4.13% | 1.00% | 6.50% | 10.60% | 1.70% |
| Graff Ave. & H St. - S. E. Ramp | 7.60% | 1.83% | 7.70% | 1.03% | 5.00% | 2.20% |
| Graff Ave. & H St. - S. W. Ramp | 5.60% | 2.37% | 2.80% | 0.97% | 8.60% | 2.50% |
| Grove St. & Arch St. - N. E. Ramp | 2.47% | 1.63% | 4.17% | 1.63% | 1.90% | 4.60% |
| Grove St. & Arch St. - N. W. Ramp | 5.33% | 1.77% | 10.23% | 2.57% | 5.20% | 5.00% |
| Grove St. & Arch St. - S. E. Ramp | 1.00% | 1.93% | 0.30% | 1.23% | 5.50% | 2.00% |
| Grove St. & Arch St. - S. W. Ramp | 5.90% | 0.47% | 8.53% | 2.40% | 4.80% | 1.70% |
| Grove St. & Walnut St. - N. E. Ramp | 5.13% | 3.43% | 4.03% | 3.23% | 2.20% | 0.60% |
| Grove St. & Walnut St. - N. W. Ramp | 6.73% | 0.90% | 5.77% | 0.97% | 0.40% | 3.10% |
| Grove St. & Walnut St. - S. E. Ramp | 2.53% | 1.47% | 4.00% | 0.70% | 4.60% | 0.10% |
| Grove St. & Walnut St. - S. W. Ramp | 9.13% | 0.70% | 8.07% | 1.73% | 4.80% | 0.60% |
| Liberty St. & Davis St. - N. W. Ramp | 13.10% | 2.83% | 12.50% | 2.43% | 1.70% | 3.10% |
| Liberty St. & Fairmont Ave. - N. E. Ramp | 13.87% | 2.33% | 14.07% | 4.20% | 0.70% | 2.00% |
| Liberty St. & Fairmont Ave. - S. E. Ramp: Crossing Fairmont Ave. | 1.60% | 3.53% | 9.67% | 3.60% | 3.20% | 1.00% |
| Liberty St. & Fairmont Ave. - S. E. Ramp: Crossing Liberty St. | #DIV/0! | #DIV/0! | 9.63% | 6.43% | 1.10% | 7.40% |
| Liberty St. & Willow St. - N. W. Ramp | 181.93% | 2.83% | 14.27% | 3.97% | 3.10% | 3.20% |
| Liberty St. & Willow St. - S. W. Ramp | 7.57% | 3.70% | 17.70% | 7.33% | 5.50% | 2.00% |
| Lincoln Ave. & Race St. - N. E. Ramp: Crossing Lincoln Ave. | #DIV/0! | #DIV/0! | 8.70% | 2.00% | 2.30% | 2.90% |
| Lincoln Ave. & Race St. - N. E. Ramp: Crossing Race St. | 1.37% | 0.43% | 0.63% | 0.77% | 1.50% | 0.20% |
| Lincoln Ave. & Race St. - N. W. Ramp: Crossing Lincoln Ave. | 0.90% | 0.20% | 3.20% | 0.67% | 2.30% | 0.40% |
| Lincoln Ave. & Race St. - N. W. Ramp: Crossing Race St. | 2.27% | 1.33% | 2.80% | 1.47% | 3.50% | 1.90% |
| Lincoln Ave. & Race St. - S. E. Ramp: Crossing Lincoln Ave. | 1.87% | 1.80% | 0.53% | 1.77% | 7.80% | 0.10% |
| Lincoln Ave. & Race St. - S. E. Ramp: Crossing Race St. | #DIV/0! | #DIV/0! | 13.93% | 3.37% | 0.00% | 6.00% |
| Lincoln Ave. & Race St. - S. W. Ramp: Crossing Lincoln Ave. | 4.43% | 1.63% | 4.17% | 1.27% | 4.00% | 4.90% |
| Lincoln Ave. & Race St. - S. W. Ramp: Crossing Race St. | 2.07% | 3.40% | 0.57% | 4.53% | 3.20% | 6.00% |
| Linden St. & Chula Ct. - N. E. Ramp | 0.57% | 0.83% | 1.37% | 0.90% | 3.50% | 0.50% |
| Linden St. & Chula Ct. - N. W. Ramp | 1.07% | 0.90% | 4.63% | 0.77% | 5.10% | 0.90% |
| Linden St. & Elm St. - N. E. Ramp | 0.97% | 0.40% | 1.23% | 0.73% | 4.60% | 1.10% |
| Linden St. & Elm St. - N. W. Ramp | 0.90% | 1.07% | 0.77% | 1.00% | 3.80% | 0.80% |
| Market St. & Arch St. - N. E. Ramp | 0.33% | 0.27% | 6.83% | 0.77% | 1.90% | 0.70% |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

| Street Intersection - Direction Location | Side Flares | | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| Intersection - Direction | Left | Right | | | | | | |
| Graff Ave. & E St. - S. W. Ramp | NA | NA | 6' | 5' | 8'6" | 4' | 5' 10" | 1996 |
| Graff Ave. & F St. - N. E. Ramp | NA | NA | 5'8" | 4'7" | 5' | 4' | 6' | 1994 |
| Graff Ave. & F St. - N. W. Ramp | NA | NA | 5' | 6' | 6'3" | 4' | 5' | 1994 |
| Graff Ave. & F St. - S. E. Ramp | NA | NA | 5' 10" | 6' | 3' 11" | 4' | 5' 5" | 1994 |
| Graff Ave. & F St. - S. W. Ramp | NA | NA | 6' | 5'8" | 3'3" | 4' | 6' | 1994 |
| Graff Ave. & G St. - N. E. Ramp | NA | NA | 6' | 5' | 5'1" | 4' | 6' | 1994 |
| Graff Ave. & G St. - N. W. Ramp | NA | NA | 4'6" | 4' | 6' | 4' | 5' | 1994 |
| Graff Ave. & G St. - S. E. Ramp | NA | NA | NA | NA | 9'8" | 4' | 6' | 1994 |
| Graff Ave. & G St. - S. W. Ramp | NA | NA | 5' | 6' | 3' | 4' | 5' | 1994 |
| Graff Ave. & H St. - N. E. Ramp | NA | NA | 4'8" | 6' | 7'6" | 4' | 4'7" | 1994 |
| Graff Ave. & H St. - N. W. Ramp | NA | 10.00% | 4'9" | 2'9" | 6' | 4' | 5' | 1994 |
| Graff Ave. & H St. - S. E. Ramp | NA | NA | 6' | 5'3" | 5'7" | 4' | 6' | 1994 |
| Graff Ave. & H St. - S. W. Ramp | NA | NA | 6' | 5'4" | 6'3" | 4' | 4'6" | 1994 |
| Grove St. & Arch St. - N. E. Ramp | NA | NA | 6' | 6' | 6' | 4' | 5' | 1996 |
| Grove St. & Arch St. - N. W. Ramp | 4.70% | NA | 6' | 4' | 7' | 4' | 5' | 1996 |
| Grove St. & Arch St. - S. E. Ramp | NA | NA | 5'7" | 5'8" | 5'8" | 4' | 5'6" | 1996 |
| Grove St. & Arch St. - S. W. Ramp | NA | NA | 6' | 5' 10" | 6' | 4' | 6' | 1996 |
| Grove St. & Walnut St. - N. E. Ramp | NA | NA | 4' | 4'4" | 3' 10" | 4' | 4' | 2001 |
| Grove St. & Walnut St. - N. W. Ramp | NA | NA | 4' | 4'4" | 4' 10" | 4' | 4' | 2001 |
| Grove St. & Walnut St. - S. E. Ramp | NA | NA | 4' | 4' | 4'4" | 4' | 4' | 2001 |
| Grove St. & Walnut St. - S. W. Ramp | NA | NA | 3' | 4' | 3' 10" | 4' | 4' | 2001 |
| Liberty St. & Davis St. - N. W. Ramp | NA | NA | 2' 10" | 5' | 5'8" | 4' | 4' | 1999 |
| Liberty St. & Fairmont Ave. - N. E. Ramp | NA | NA | 4' | 3' 10" | 4'7" | 4' | 4' | 1999 |
| Liberty St. & Fairmont Ave. - S. E. Ramp:  Crossing Fairmont Ave. | NA | NA | 5'6" | 5'3" | 5'5" | 4' | 5'9" | 1999 |
| Liberty St. & Fairmont Ave. - S. E. Ramp:  Crossing Liberty St. | NA | 9.60% | NA | NA | 7' | 4' | 6' | 1999 |
| Liberty St. & Willow St. - N. W. Ramp | NA | NA | 4' | 6'6" | 6'3" | 4' | 3'9" | 1999 |
| Liberty St. & Willow St. - S. W. Ramp | NA | NA | 5'6" | 5' 10" | 6'2" | 4' | 5' | 1999 |
| Lincoln Ave. & Race St. - N. E. Ramp:  Crossing Lincoln Ave. | 3.20% | 10.00% | NA | NA | 6' | 4' | 4' | 1993 |
| Lincoln Ave. & Race St. - N. E. Ramp:  Crossing Race St. | NA | NA | 4'5" | 5'4" | 4'8" | 4' | 4'8" | 1993 |
| Lincoln Ave. & Race St. - N. W. Ramp:  Crossing Lincoln Ave. | NA | NA | 4' 11" | 6' | 9'5" | 4' | 7' | 1993 |
| Lincoln Ave. & Race St. - N. W. Ramp:  Crossing Race St. | NA | NA | 5' 10" | 6' | 6'3" | 4' | 6' | 1993 |
| Lincoln Ave. & Race St. - S. E. Ramp:  Crossing Lincoln Ave. | NA | NA | 5'6" | 3' | 3' | 4' | 5'6" | 1993 |
| Lincoln Ave. & Race St. - S. E. Ramp:  Crossing Race St. | NA | NA | NA | NA | 5'5" | 4' | 3' | 1993 |
| Lincoln Ave. & Race St. - S. W. Ramp:  Crossing Lincoln Ave. | NA | NA | 5'8" | 5' | 3'8" | 4' | 6' | 1993 |
| Lincoln Ave. & Race St. - S. W. Ramp:  Crossing Race St. | NA | NA | 5'5" | 6' | 3'5" | 4' | 5'7" | 1993 |
| Linden St. & Chula Ct. - N. E. Ramp | NA | NA | 6' | 5'8" | 7'4" | 4' | 6' | |
| Linden St. & Chula Ct. - N. W. Ramp | NA | NA | 6' | 6' | 6'6" | 4' | 6' | |
| Linden St. & Elm St. - N. E. Ramp | NA | NA | 6' | 6' | 9'3" | 4' | 6' | |
| Linden St. & Elm St. - N. W. Ramp | NA | NA | 6' | 6' | 7'4" | 4' | 6' | |
| Market St. & Arch St. - N. E. Ramp | NA | NA | 6' | 4'5" | 6' | 4' | 6' | 2001 |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

Street Intersection - Direction Location

| Intersection - Direction | Top Landing Slope | Cross Slope | Ramp Slope | Cross Slope | Bottom Landing Slope 1 | Cross Slope 2 |
|---|---|---|---|---|---|---|
| Market St. & Arch St. - N. W. Ramp | 0.57% | 0.67% | 2.03% | 0.77% | 5.30% | 0.10% |
| Market St. & Arch St. - S. E. Ramp | 1.83% | 0.33% | 6.87% | 0.50% | 2.00% | 0.60% |
| Market St. & Arch St. - S. W. Ramp | 0.97% | 0.77% | 4.60% | 0.53% | 1.90% | 0.30% |
| Market St. & North St. - N. E. Ramp | 0.47% | 0.93% | 1.80% | 1.20% | 2.40% | 0.70% |
| Market St. & North St. - N. W. Ramp | 0.30% | 0.63% | 5.17% | 0.70% | 4.20% | 0.30% |
| Market St. & North St. - S. E. Ramp | 0.90% | 1.13% | 5.67% | 1.80% | 1.30% | 2.60% |
| Market St. & North St. - S. W. Ramp | 0.53% | 1.07% | 5.37% | 1.60% | 4.60% | 2.50% |
| Market St. & Pine Pl. - N. E. Ramp | 1.00% | 1.27% | 3.90% | 0.83% | 3.60% | 1.30% |
| Market St. & Pine Pl. - N. W. Ramp | 1.20% | 0.50% | 6.53% | 0.60% | 2.30% | 0.80% |
| Market St. & Pine Pl. - S. E. Ramp | 0.33% | 0.77% | 6.00% | 0.63% | 4.00% | 0.10% |
| Market St. & Pine Pl. - S. W. Ramp | 0.50% | 1.20% | 7.20% | 0.83% | 5.40% | 3.20% |
| Market St. & Pine St. - N. E. Ramp | 1.17% | 1.00% | 0.53% | 0.70% | 1.70% | 0.30% |
| Market St. & Pine St. - N. W. Ramp | 0.43% | 0.27% | 1.30% | 0.47% | 3.00% | 0.00% |
| Market St. & Pine St. - S. E. Ramp | 0.77% | 0.33% | 4.87% | 0.87% | 2.40% | 0.50% |
| Market St. & Pine St. - S. W. Ramp | 0.27% | 0.43% | 2.23% | 0.60% | 0.90% | 2.60% |
| Market St. & Poplar St. - N. W. Ramp:  Crossing Poplar St. | 1.13% | 0.37% | 3.83% | 0.80% | 2.10% | 3.00% |
| Market St. & Poplar St. - S. E. Ramp | 1.33% | 0.27% | 0.40% | 0.40% | 2.10% | 0.70% |
| Market St. & Poplar St. - S. W. Ramp | 0.80% | 0.97% | 0.50% | 0.23% | 0.00% | 0.20% |
| Poplar St. & Chancery La. - N. E. Ramp | 4.00% | 3.90% | 2.60% | 2.70% | 1.70% | 0.20% |
| Poplar St. & Chancery La. - N. W. Ramp | 3.90% | 4.00% | 9.10% | 9.30% | 4.60% | 2.60% |
| Poplar St. & Chancery La. - S. E. Ramp | 0.90% | 3.20% | 5.50% | 3.63% | 1.20% | 1.80% |
| Poplar St. & Chancery La. - S. W. Ramp | 3.20% | 0.90% | 3.87% | 1.17% | 2.90% | 1.60% |
| Poplar St. & Fairmont Ave. - S. W. Ramp | 30.63% | 0.70% | 2.50% | 0.47% | 1.20% | 80.00% |
| Poplar St. & Mulberry St. - N. E. Ramp | 0.90% | 0.50% | 6.73% | 0.20% | 4.30% | 0.60% |
| Poplar St. & Mulberry St. - N. W. Ramp | 0.70% | 0.93% | 4.40% | 2.43% | 3.60% | 1.20% |
| Poplar St. & Spencer Al. - N. E. Ramp | 5.10% | 3.50% | 12.37% | 2.73% | 2.90% | 0.60% |
| Poplar St. & Spencer Al. - N. W. Ramp | 0.50% | 0.90% | 3.77% | 0.43% | 3.60% | 1.10% |
| Randolph St. & Garden St. - S. E. Ramp | #DIV/0! | #DIV/0! | 15.10% | 6.13% | 1.10% | 5.70% |
| Randolph St. & Garden St. - S. W. Ramp | 0.33% | 0.67% | 2.40% | 0.90% | 0.80% | 0.30% |
| Randolph St. & Sidler St. - S. W. Ramp | 0.37% | 1.90% | 2.83% | 0.93% | 1.90% | 1.60% |
| Randolph St. & Stewart St. - S. W. Ramp | 0.27% | 3.00% | 6.27% | 1.67% | 1.60% | 1.10% |
| Terrace St. & "Canal Memorial" - | 0.80% | 8.27% | 1.43% | 4.50% | 7.20% | 3.50% |
| Terrace St. & Boileau Pl. - N. E. Ramp | 3.80% | 2.00% | 10.73% | 2.87% | 0.40% | 1.10% |
| Terrace St. & Boileau Pl. - S. E. Ramp | 7.10% | 1.70% | 10.37% | 3.87% | 9.40% | 3.90% |
| Terrace St. & Locust St. - N. E. Ramp | 2.63% | 2.20% | 0.73% | 0.60% | 0.40% | 1.40% |
| Terrace St. & Locust St. - S. E. Ramp | 4.53% | 3.60% | 10.67% | 6.23% | 9.30% | 8.50% |
| Terrace St. & Reynolds Ave. - N. E. Ramp | 3.87% | 1.47% | 2.60% | 5.03% | 0.20% | 6.40% |
| Terrace St. & Reynolds Ave. - S. E. Ramp | 4.07% | 2.50% | 1.53% | 3.83% | 0.70% | 2.40% |
| Water St. & Boynton St. - N. Ramp | 1.83% | 1.40% | -1.70% | 5.63% | 4.60% | 5.00% |
| Water St. & Boynton St. - S. Ramp | 5.73% | 3.60% | 8.50% | 2.67% | 4.90% | 4.40% |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

| Street Intersection - Direction Location / Intersection - Direction | Side Flares Left | Side Flares Right | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| Market St. & Arch St. - N. W. Ramp | NA | NA | 5' | 6' | 9'9" | 4' | 5' | 2001 |
| Market St. & Arch St. - S. E. Ramp | NA | NA | 6' | 4' | 6'11" | 4' | 6' | 2001 |
| Market St. & Arch St. - S. W. Ramp | NA | NA | 6' | 6'4" | 4'8" | 4' | 6' | 2001 |
| Market St. & North St. - N. E. Ramp | NA | NA | 5'6" | 5'7" | 9'3" | 4' | 5'6" | 1994 |
| Market St. & North St. - N. W. Ramp | NA | NA | 6' | 5' | 6' | 4' | 6' | 1994 |
| Market St. & North St. - S. E. Ramp | NA | NA | 6' | 7'2" | 6'6" | 4' | 6' | 1994 |
| Market St. & North St. - S. W. Ramp | NA | NA | 6' | 6'9" | 4'11" | 4' | 6' | 1994 |
| Market St. & Pine Pl. - N. E. Ramp | NA | NA | 6' | 6' | 8'6" | 4' | 6' | 2001 |
| Market St. & Pine Pl. - N. W. Ramp | NA | NA | 6'5" | 6' | 5'6" | 4' | 6' | 2001 |
| Market St. & Pine Pl. - S. E. Ramp | NA | NA | 6' | 6' | 5'9" | 4' | 6' | 2001 |
| Market St. & Pine Pl. - S. W. Ramp | NA | NA | 6' | 6'5" | 8'9" | 4' | 6' | 2001 |
| Market St. & Pine St. - N. E. Ramp | NA | NA | 5' | 5' | 7' | 4' | 5' | 2001 |
| Market St. & Pine St. - N. W. Ramp | NA | NA | 6' | 6' | 9'6" | 4' | 6' | 2001 |
| Market St. & Pine St. - S. E. Ramp | NA | NA | 6' | 6' | 7'2" | 4' | 6' | 2001 |
| Market St. & Pine St. - S. W. Ramp | NA | NA | 6' | 6' | 8'9" | 4' | 6' | 2001 |
| Market St. & Poplar St. - N. W. Ramp: Crossing Poplar St. | 6.50% | NA | 5' | 5' | 4'4" | 4' | 5' | 2001 |
| Market St. & Poplar St. - S. E. Ramp | NA | NA | 5' | 5' | 5'9" | 4' | 5' | 2001 |
| Market St. & Poplar St. - S. W. Ramp | NA | NA | 5'6" | 5' | 6'6" | 4' | 5'6" | 2001 |
| Poplar St. & Chancery La. - N. E. Ramp | NA | 10.00% | 6' | 6' | 3' | 4' | 5' | 1996 |
| Poplar St. & Chancery La. - N. W. Ramp | 2.70% | NA | 6' | 6' | 5' | 4' | 4' | 1996 |
| Poplar St. & Chancery La. - S. E. Ramp | NA | 2.00% | 6' | 6' | 4' | 4' | 4' | 1996 |
| Poplar St. & Chancery La. - S. W. Ramp | 4.00% | NA | 6' | 6' | 2' | 4' | 5' | 1996 |
| Poplar St. & Fairmont Ave. - S. W. Ramp | NA | NA | 6' | 6' | 3'6" | 4' | 5' | 1996 |
| Poplar St. & Mulberry St. - N. E. Ramp | NA | 7.00% | 6' | 5'10" | 3'6" | 4' | 5' | 1996 |
| Poplar St. & Mulberry St. - N. W. Ramp | NA | 9.00% | 6' | 6' | 5'5" | 4' | 4' | 1996 |
| Poplar St. & Spencer Al. - N. E. Ramp | NA | NA | 6' | 6' | 2'10" | 4' | 4' | 1996 |
| Poplar St. & Spencer Al. - N. W. Ramp | 6.50% | NA | 5'10" | 6' | 8' | 4' | 5' | 1996 |
| Randolph St. & Garden St. - S. E. Ramp | NA | NA | NA | NA | 5'6" | 4' | 4' | 1996 |
| Randolph St. & Garden St. - S. W. Ramp | NA | NA | 5' | 5' | 3'6" | 4' | 5' | 1996 |
| Randolph St. & Sidler St. - S. W. Ramp | NA | NA | 6' | 5'8" | 8' | 4' | 4'6" | 2000 |
| Randolph St. & Stewart St. - S. W. Ramp | NA | NA | 5' | 6' | 7'10" | 4' | 3'10" | 2000 |
| Terrace St. & "Canal Memorial" - | NA | NA | 5'6" | 6' | 3' | 4' | 4' | 1996 |
| Terrace St. & Boileau Pl. - N. E. Ramp | NA | NA | 5'8" | 5'9" | 7' | 4' | >4' | 1996 |
| Terrace St. & Boileau Pl. - S. E. Ramp | NA | NA | 5'8" | 6' | 4'6" | 4' | >4' | 1996 |
| Terrace St. & Locust St. - N. E. Ramp | NA | NA | 5'6" | 6' | 6'11" | 4' | >4' | 1996 |
| Terrace St. & Locust St. - S. E. Ramp | NA | NA | 5'6" | 6' | 3'8" | 4' | >4' | 1996 |
| Terrace St. & Reynolds Ave. - N. E. Ramp | NA | NA | 5'4" | 6' | 7'6" | 4' | >4' | 1996 |
| Terrace St. & Reynolds Ave. - S. E. Ramp | NA | NA | 5'6" | 6' | 6' | 4' | >4' | 1996 |
| Water St. & Boynton St. - N. Ramp | NA | NA | 6' | 5'7" | 7' | 4' | >4' | 1994 |
| Water St. & Boynton St. - S. Ramp | NA | NA | 5' | 4'9" | 8'6" | 4' | 4' | 1994 |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

| Street Intersection - Direction Location | Top Landing Slope | Top Landing Cross Slope | Ramp Slope | Ramp Cross Slope | Bottom Landing Slope 1 | Bottom Landing Cross Slope 2 |
|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | |
| Water St. & North St. - N. E. Ramp: Crossing N. St. | 0.67% | 0.73% | 4.70% | 0.93% | 1.20% | 0.70% |
| Water St. & North St. - N. E. Ramp: Crossing Water St. | 6.20% | 0.90% | 7.70% | 2.67% | 5.50% | 3.80% |
| Water St. & North St. - N. W. Ramp | #DIV/0! | #DIV/0! | 5.00% | 0.83% | 1.40% | 1.50% |
| Water St. & North St. - S. E. Ramp | 4.50% | 4.87% | 6.27% | 2.17% | 0.50% | 2.00% |
| Water St. & North St. - S. W. Ramp | 1.43% | 1.53% | 4.40% | 2.70% | 1.10% | 1.00% |
| Water St. & Pine Pl. - N. Ramp | 5.30% | 0.97% | 15.60% | 2.83% | 0.70% | 3.60% |
| Water St. & Pine Pl. - S. Ramp | 4.87% | 4.50% | 13.83% | 1.97% | 1.60% | 2.60% |
| Water St. & Pine St. - N. E. Ramp | 0.97% | 5.30% | 10.23% | 4.47% | 6.80% | 0.40% |
| Water St. & Pine St. - N. W. Ramp | 1.13% | 4.43% | 3.57% | 2.60% | 4.60% | 1.70% |
| Water St. & Pine St. - S. E. Ramp | 3.53% | 0.43% | 8.23% | 0.67% | 13.40% | 0.20% |
| Water St. & Pine St. - S. W. Ramp: Crossing Pine St. | 1.57% | 0.57% | 5.63% | 2.40% | 4.90% | 3.40% |
| Water St. & Pine St. - S. W. Ramp: Crossing Water St. | 0.57% | 1.57% | 6.47% | 2.70% | 4.30% | 3.40% |
| Water St. & Poplar St. - N. E. Ramp | 0.43% | 3.53% | 4.93% | 2.27% | 4.10% | 0.10% |
| Water St. & Poplar St. - N. W. Ramp | 4.43% | 1.13% | 10.70% | 7.30% | 2.10% | 2.80% |
| Water St. & Poplar St. - S. E. Ramp: Crossing Poplar St. | #DIV/0! | #DIV/0! | 1.67% | 1.47% | 0.90% | 1.80% |
| Water St. & Poplar St. - S. E. Ramp: Crossing Water St. | 2.30% | 1.37% | 5.73% | 3.63% | 5.60% | 0.80% |
| Water St. & Poplar St. - S. W. Ramp: Crossing Poplar St. | #DIV/0! | #DIV/0! | 8.80% | 3.37% | 2.00% | 3.20% |
| Water St. & Poplar St. - S. W. Ramp: Crossing Water St. | 2.87% | 1.20% | 8.10% | 1.60% | 2.50% | 4.70% |
| Water St. & Walnut St. - N. E. Ramp: Crossing Walnut St. | 1.03% | 1.93% | 7.47% | 1.40% | 3.00% | 2.00% |
| Water St. & Walnut St. - N. E. Ramp: Crossing Water St. | 0.47% | 2.60% | 3.23% | 1.73% | | |
| Water St. & Walnut St. - N. W. Ramp | 1.90% | 4.80% | 6.27% | 4.47% | 2.60% | 3.90% |
| Water St. & Walnut St. - S. E. Ramp: Crossing Walnut St. | 1.00% | 2.00% | 13.77% | 2.90% | 2.70% | 1.50% |
| Water St. & Walnut St. - S. E. Ramp: Crossing Water St. | 2.77% | 0.30% | 10.07% | 2.27% | 1.80% | 4.00% |
| Water St. & Walnut St. - S. W. Ramp | #DIV/0! | #DIV/0! | 2.37% | 0.83% | 1.80% | 2.20% |
| Water St. & West Center St. - N. E. Ramp | 2.30% | 5.90% | 1.27% | 3.80% | 1.20% | 8.80% |
| Water St. & West Center St. - N. E. Ramp | #DIV/0! | #DIV/0! | 11.53% | 8.67% | 3.30% | 7.80% |
| Water St. & West Center St. - N. W. Ramp | #DIV/0! | #DIV/0! | 3.13% | 2.57% | 12.30% | 7.90% |
| Water St. & West Center St. - S. E. Ramp | 0.93% | 2.07% | 2.97% | 1.97% | 2.30% | 2.00% |
| Water St. & West Center St. - S. E. Ramp: Crossing W. Center St. | #DIV/0! | #DIV/0! | 2.83% | 1.33% | 5.60% | 0.20% |
| Water St. & West Center St. - S. E. Ramp: Crossing Water St. | 3.33% | 1.73% | 16.20% | 0.90% | 1.10% | 1.30% |
| Water St. & West Center St. - S. W. Ramp | 6.50% | 4.03% | 8.63% | 3.73% | 5.50% | 8.60% |
| Water St. & Willow St. - N. E. Ramp | 2.27% | 3.13% | 5.30% | 4.37% | 2.40% | 7.90% |
| Water St. & Willow St. - N. W. Ramp | 3.03% | 0.23% | 9.03% | 0.77% | 0.20% | 0.10% |
| Water St. & Willow St. - S. E. Ramp: Crossing Water St. | #DIV/0! | #DIV/0! | 6.53% | 1.07% | 0.50% | 0.70% |
| Water St. & Willow St. - S. E. Ramp: Crossing Willow St. | 2.00% | 0.53% | 4.87% | 0.83% | 7.50% | 2.60% |
| Water St. & Willow St. - S. W. Ramp | 2.00% | 0.53% | 5.03% | 0.43% | 0.30% | 0.40% |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

| Street Intersection - Direction Location (Intersection - Direction) | Side Flares Left | Side Flares Right | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| Water St. & North St. - N. E. Ramp: Crossing N. St. | | | >4' | >4' | 6'6" | 4' | 4' | 1993 |
| Water St. & North St. - N. E. Ramp: Crossing Water St. | | | 3' | 3' | 6' | >4' | >4' | 1993 |
| Water St. & North St. - N. W. Ramp | | | NA | NA | 6' | 4' | 4' | 1993 |
| Water St. & North St. - S. E. Ramp | NA | NA | 5'9" | 6' | 3'5" | >4' | >4' | 1993 |
| Water St. & North St. - S. W. Ramp | | | >4' | >4' | 6' | 4' | 4' | 1993 |
| Water St. & Pine Pl. - N. Ramp | NA | NA | 5'10" | 6' | 3'6" | >4' | >4' | 2001 |
| Water St. & Pine Pl. - S. Ramp | NA | NA | 6' | 5'9" | 2'6" | >4' | >4' | 2001 |
| Water St. & Pine St. - N. E. Ramp | NA | NA | 6' | 5'10" | 3'10" | >4' | <4' | 2001 |
| Water St. & Pine St. - N. W. Ramp | NA | NA | 6' | 6' | 3'4" | >4' | >4' | 1996 |
| Water St. & Pine St. - S. E. Ramp | NA | NA | 6' | 6' | 3'6" | 4' | 3' | 2001 |
| Water St. & Pine St. - S. W. Ramp: Crossing Pine St. | NA | NA | 7' | 6' | 3'6" | >4' | >4' | 2001 |
| Water St. & Pine St. - S. W. Ramp: Crossing Water St. | NA | NA | 6' | 7' | 3'2" | >4' | >4' | 2001 |
| Water St. & Poplar St. - N. E. Ramp | NA | NA | 6' | 6' | 6'6" | 4' | 3'6" | 1996 |
| Water St. & Poplar St. - N. W. Ramp | NA | NA | 6' | 6' | 3'5" | >4' | >4' | 1996 |
| Water St. & Poplar St. - S. E. Ramp: Crossing Poplar St. | NA | NA | 5' | 3' | 3' | >4' | 4'5" | 1996 |
| Water St. & Poplar St. - S. E. Ramp: Crossing Water St. | NA | NA | 6' | 6' | 7'6" | 4' | 4' | 1996 |
| Water St. & Poplar St. - S. W. Ramp: Crossing Poplar St. | | | NA | NA | 6' | >4' | >4' | 1996 |
| Water St. & Poplar St. - S. W. Ramp: Crossing Water St. | NA | NA | 5'10" | 5'7" | 6' | >4' | >4' | 1996 |
| Water St. & Walnut St. - N. E. Ramp: Crossing Walnut St. | NA | NA | 6' | 3'11" | 6'4" | >4' | >4' | 1994 |
| Water St. & Walnut St. - N. E. Ramp: Crossing Water St. | NA | NA | 5' | 5' | 6' | >4' | >4' | 1994 |
| Water St. & Walnut St. - N. W. Ramp | | | 5' | 6' | 6' | >4' | >4' | 1994 |
| Water St. & Walnut St. - S. E. Ramp: Crossing Walnut St. | NA | NA | 5' | 5' | 4' | >4' | >4' | 1994 |
| Water St. & Walnut St. - S. E. Ramp: Crossing Water St. | | | 6' | 5' | 7'6" | >4' | >4' | 1994 |
| Water St. & Walnut St. - S. W. Ramp | NA | NA | NA | NA | 6' | >4' | >4' | 1994 |
| Water St. & West Center St. - N. E. Ramp | NA | NA | 3' | 2' | 6' | >4' | >4' | 1994 |
| Water St. & West Center St. - N. E. Ramp | NA | NA | NA | 4' | 6' | 4' | >4' | 1994 |
| Water St. & West Center St. - N. W. Ramp | 2.60% | -1.20% | 9' | NA | 6' | >4' | >4' | 1994 |
| Water St. & West Center St. - S. E. Ramp | NA | NA | NA | 6' | 8'6" | >4' | >4' | 1994 |
| Water St. & West Center St. - S. E. Ramp: Crossing W. Center St. | NA | NA | 6' | 6' | 6' | >4' | >4' | 1994 |
| Water St. & West Center St. - S. E. Ramp: Crossing Water St. | NA | NA | NA | 4' | 4' | >4' | >4' | 1994 |
| Water St. & West Center St. - S. W. Ramp | | | 6' | 5' | 6' | >4' | >4' | 1994 |
| Water St. & Willow St. - N. E. Ramp | 2.70% | 7.60% | <4' | >2' | 4' | 2' | 5' | 1996 |
| Water St. & Willow St. - N. W. Ramp | 1.70% | -6.40% | 58" | 4' | 6'1" | 4' | 5'7" | 1996 |
| Water St. & Willow St. - S. E. Ramp: Crossing Water St. | NA | -8.40% | NA | NA | 8' | >4' | >4' | 1993 |
| Water St. & Willow St. - S. E. Ramp: Crossing Willow St. | 7.80% | -9.90% | 6' | 6' | 5'3" | 4'4" | 4' | 1996 |
| Water St. & Willow St. - S. W. Ramp | | | 6' | 6' | 4'8" | 4' | 4'6" | 1996 |

## Listing of Projects Completed After January 26, 1992 By the City Of Meadville

| Sidewalk Portions | Year of Project | Work Done |
|---|---|---|
| Lincoln Avenue Playground | 1999 | Replace Sidewalk blocks. |
| City Hall Fire Station | 1998 | Replace Sidewalks around Fire Station. |
| Liberty Street | 1999 | Replace Sidewalks between Chestnut Street and Center Street on East side of road. |
| Hickory Street | 1999 | Replace Sidewalks between Stevens Street and Brawley Street on South side of road. |
| Hickory and Washington | 1998 | Widened Road and Replaced Sidewalk. |
| Market Square | 2003 | Replaced Sidewalks on Southeast side of Market Square and Plaza Area. |
| Arch Street | 2003 | Widened Arch Street and replaced sidewalk on Southeast corner. |
| Liberty Street Bridge | 1993 | Replaced Sidewalks on Bridge. |
| South Main Street and Pine Street | 2001 | Replaced Sidewalks on SouthWest corner. |
| Library | 2003 | Replaced Sidewalks with addition of traffic control island. |
| Linden Street | 1993 | Replaced Sidewalks and curbs. |
| S. Main Street | 1995 | Replaced Sidewalks and curbs. |
| Catherine Street | 2003 | Replaced bricks, curbs and sidewalks. |
| Kennedy Street Widening | 1992 | Replaced Sidewalks at North Street end. |
| Allegheny Street Widening | 1994 | Replaced Sidewalks at Park Ave. end. |