## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Top Landing Slope | Cross Slope | Ramp Slope | Cross Slope | Bottom Landing Slope 1 | Cross Slope 2 |
|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | |
| Arch St. & Liberty St. - N. E.  Ramp | 2.40% | 3.07% | 12.23% | 1.83% | 0.60% | 0.20% |
| Arch St. & Liberty St. - S. E.  Ramp: Crossing Arch St. | 1.50% | 4.87% | 8.17% | 6.20% | 1.50% | 4.40% |
| Arch St. & Liberty St. - S. E.  Ramp: Crossing Liberty St. | 0.23% | 1.30% | 8.87% | 0.80% | 0.40% | 1.70% |
| Arch St. & Liberty St. - S. W.  Ramp | 0.37% | 3.23% | 2.27% | 2.43% | 2.90% | 0.40% |
| Arch St. & Park Av. - N. E.  Ramp | 1.93% | 4.63% | 1.70% | 5.03% | 3.10% | 0.30% |
| Arch St. & Park Av. - N. W.  Ramp: Crossing Arch St. | 5.63% | 0.30% | 10.30% | 0.90% | 4.10% | 1.00% |
| Arch St. & Park Av. - N. W.  Ramp: Crossing Park Ave. | 1.27% | 4.73% | 0.87% | 3.20% | 3.50% | 5.00% |
| Arch St. & Park Av. - S. E.  Ramp | 0.63% | 1.70% | 6.90% | 2.33% | 2.10% | 5.30% |
| Arch St. & Park Av. - S. W.  Ramp | 0.33% | 1.73% | 8.40% | 0.80% | 0.80% | 3.50% |
| Chestnut St. & Grove St. - N. E.  Ramp | 3.40% | 1.67% | 9.70% | 1.87% | 1.70% | 3.30% |
| Chestnut St. & Grove St. - N. W.  Ramp | 2.37% | 3.50% | 2.33% | 3.60% | 8.70% | 1.30% |
| Chestnut St. & Grove St. - S. E.  Ramp | 7.27% | 1.77% | 0.97% | 125.30% | 8.40% | 4.40% |
| Chestnut St. & Grove St. - S. W.  Ramp | 8.50% | 0.53% | 21.53% | 0.57% | 4.20% | 1.90% |
| Chestnut St. & Liberty St. - N. E.  Ramp | 26.40% | 6.20% | 9.67% | 9.77% | 9.00% | 9.20% |
| Chestnut St. & Liberty St. - N. W.  Ramp | 9.80% | 1.77% | 21.47% | 4.37% | 2.30% | 7.30% |
| Chestnut St. & Liberty St. - S. E.  Ramp | 4.40% | 4.33% | 17.73% | 3.70% | 0.10% | 1.90% |
| Chestnut St. & Liberty St. - S. W.  Ramp | 5.90% | 4.77% | 7.97% | 6.23% | 1.70% | 5.90% |
| Chestnut St. & Orchard Pl. - N. E.  Ramp | 3.03% | 4.97% | 12.17% | 4.50% | 3.40% | 2.40% |
| Chestnut St. & Orchard Pl. - N. W.  Ramp | #DIV/0! | #DIV/0! | 10.40% | 2.93% | 1.40% | 2.50% |
| Chestnut St. & West Diamond Pk. - N. E.  Ramp | #DIV/0! | #DIV/0! | 8.93% | 1.53% | 1.10% | 2.60% |
| Chestnut St. & West Diamond Pk. - N. W.  Ramp | #DIV/0! | #DIV/0! | 5.17% | 3.43% | 8.10% | 0.10% |
| Liberty St. & Center St. Ext. - N. E.  Ramp | 12.73% | 1.03% | 12.97% | 1.27% | 4.30% | 0.40% |
| Liberty St. & Center St. Ext. - S. E.  Ramp | 12.60% | 2.03% | 11.93% | 2.27% | 0.30% | 3.20% |
| Liberty St. & Clinton Ct. - N. E.  Ramp | 14.87% | 1.10% | 14.47% | 2.47% | 0.90% | 3.50% |
| Liberty St. & Clinton Ct. - N. W.  Ramp | 14.03% | 0.73% | 13.83% | 1.40% | 1.40% | 2.00% |
| Liberty St. & Clinton Ct. - S. E.  Ramp | 11.03% | 0.93% | 11.63% | 1.13% | 2.30% | 1.60% |
| Liberty St. & Clinton Ct. - S. W.  Ramp | 11.40% | 0.87% | 10.53% | 0.93% | 3.50% | 0.50% |
| Liberty St. & East Center St. - N. W.  Ramp | 13.33% | 1.23% | 12.37% | 2.97% | 0.60% | 3.60% |
| Liberty St. & East Center St. - S. W.  Ramp | 11.43% | 1.87% | 12.43% | 2.30% | 2.10% | 1.60% |
| Liberty St. & East Cherry St. - N. E.  Ramp | 13.67% | 0.90% | 15.67% | 2.07% | 4.60% | 1.70% |
| Liberty St. & East Cherry St. - N. W.  Ramp | 9.97% | 0.50% | 9.90% | 1.37% | 7.10% | 2.80% |
| Liberty St. & East Cherry St. - S. E.  Ramp | 13.43% | 3.17% | 13.90% | 2.10% | 2.60% | 3.00% |
| Liberty St. & East Cherry St. - S. W.  Ramp | 16.20% | 2.57% | 14.80% | 5.63% | 0.00% | 4.30% |
| Liberty St. & East Steers St. - N. E.  Ramp | 10.67% | 1.10% | 10.70% | 1.10% | 5.70% | 3.20% |
| Liberty St. & East Steers St. - N. W.  Ramp | 9.90% | 1.87% | 9.63% | 2.80% | 5.20% | 0.80% |
| Liberty St. & East Steers St. - S. E.  Ramp | 12.80% | 3.03% | 13.00% | 3.33% | 6.00% | 3.00% |
| Liberty St. & Pine Al. - N. E.  Ramp | 2.70% | 1.87% | 10.40% | 3.43% | 0.40% | 2.10% |
| Liberty St. & Pine Al. - S. E.  Ramp | 0.90% | 1.40% | 10.43% | 3.87% | 1.70% | 2.00% |

\* The City is trying to get this date from PennDOT

## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Side Flares Left | Side Flares Right | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | | | |
| Arch St. & Liberty St. - N. E. Ramp | NA | 18.80% | 5' 8" | 5' 4" | 5' 5" | 4' | 5' 5" | 1996 |
| Arch St. & Liberty St. - S. E. Ramp: Crossing Arch St. | 18.10% | NA | 4' 5" | 5' 10" | 4' | 4' | 5' | 1996 |
| Arch St. & Liberty St. - S. E. Ramp: Crossing Liberty St. | 16.90% | 25.70% | 4' | 4' | 7' 8" | 4' | 4' 8" | 1996 |
| Arch St. & Liberty St. - S. W. Ramp | 17.90% | NA | 4' 7" | 5' 6" | 5' 7" | 4' | 4' | 1996 |
| Arch St. & Park Av. - N. E. Ramp | NA | NA | 6' | 4' 11" | 5' 10" | 4' | 4' | 1994 |
| Arch St. & Park Av. - N. W. Ramp: Crossing Arch St. | NA | NA | 4' 8" | 6' | 3' 9" | 4' | 3' 9" | 1994 |
| Arch St. & Park Av. - N. W. Ramp: Crossing Park Ave. | NA | NA | 4' 10" | 5' 6" | 7' 5" | 4' | 4' | 1994 |
| Arch St. & Park Av. - S. E. Ramp | NA | 0.90% | 4' | 4' | 3' | 4' | 4' | 1994 |
| Arch St. & Park Av. - S. W. Ramp | 4.60% | NA | 4' | 4' | 3' 5" | 4' | 4' | 1994 |
| Chestnut St. & Grove St. - N. E. Ramp | NA | NA | 5' 7" | 5' | 7' 6" | 4' | 3' 6" | 1996 |
| Chestnut St. & Grove St. - N. W. Ramp | NA | NA | 6' 5" | 6' 4" | 6' 11" | 4' | 6' 10" | 1996 |
| Chestnut St. & Grove St. - S. E. Ramp | NA | NA | 6' | 6' 1" | 4' 6" | 4' | 4' 6" | 1996 |
| Chestnut St. & Grove St. - S. W. Ramp | NA | NA | 4' 10" | 5' 9" | 4' 7" | 4' | 4' 7" | 1996 |
| Chestnut St. & Liberty St. - N. E. Ramp | NA | NA | 5' | 7' | 8' 10" | 4' | 4' 5" | 1994 |
| Chestnut St. & Liberty St. - N. W. Ramp | NA | NA | 6' | 5' 9" | 3' 3" | 4' | 5' | 1994 |
| Chestnut St. & Liberty St. - S. E. Ramp | NA | 29.00% | 6' | 8' | 8' | 4' | 5' | 1994 |
| Chestnut St. & Liberty St. - S. W. Ramp | 32.80% | 17.90% | 5' | 7' | 6' | 4' | 5' | 1994 |
| Chestnut St. & Orchard Pl. - N. E. Ramp | NA | NA | 4' 6" | 6' | 10' | 4' | 4' 6" | 1994 |
| Chestnut St. & Orchard Pl. - N. W. Ramp | 18.20% | 17.90% | NA | NA | 7' 6" | 4' | 4' | 1994 |
| Chestnut St. & West Diamond Pk. - N. E. Ramp | NA | NA | NA | NA | 5' 10" | 4' | 4' | 1993 |
| Chestnut St. & West Diamond Pk. - N. W. Ramp | NA | NA | NA | NA | 8' | 4' | 3' 9" | 1993 |
| Liberty St. & Center St. Ext. - N. E. Ramp | NA | NA | 3' 8" | 5' 8" | 6' 7" | 4' | 4' | * |
| Liberty St. & Center St. Ext. - S. E. Ramp | NA | NA | 3' 6" | 5' 5" | 5' 6" | 4' | 4' | * |
| Liberty St. & Clinton Ct. - N. E. Ramp | NA | NA | 3' 8" | 3' 9" | 4' 3" | 4' | 4' | * |
| Liberty St. & Clinton Ct. - N. W. Ramp | NA | NA | 3' 1" | 4' 3" | 4' 7" | 4' | 3' 9" | * |
| Liberty St. & Clinton Ct. - S. E. Ramp | NA | NA | 3' 2" | 3' 10" | 4' 3" | 4' | 4' | * |
| Liberty St. & Clinton Ct. - S. W. Ramp | NA | NA | 3' | 3' 10" | 4' 4" | 4' | 4' | * |
| Liberty St. & East Center St. - N. W. Ramp | NA | NA | 3' 10" | 4' 6" | 4' 10" | 4' | 4' | * |
| Liberty St. & East Center St. - S. W. Ramp | NA | NA | 3' 10" | 3' 9" | 4' 3" | 4' | 3' 10" | * |
| Liberty St. & East Cherry St. - N. E. Ramp | NA | NA | 3' 10" | 3' 10" | 4' 6" | 4' | 4' | * |
| Liberty St. & East Cherry St. - N. W. Ramp | NA | NA | 3' 3" | 3' 9" | 4' 2" | 4' | 3' 5" | * |
| Liberty St. & East Cherry St. - S. E. Ramp | NA | NA | 3' 10" | 3' 9" | 4' 7" | 4' | 4' | * |
| Liberty St. & East Cherry St. - S. W. Ramp | NA | NA | 4' | 4' 6" | 4' 10" | 4' | 4' | * |
| Liberty St. & East Steers St. - N. E. Ramp | NA | NA | 3' 11" | 3' 7" | 4' 6" | 4' | 4' | * |
| Liberty St. & East Steers St. - N. W. Ramp | NA | NA | 4' | 4' 1" | 4' 4" | 4' | 4' 2" | * |
| Liberty St. & East Steers St. - S. E. Ramp | NA | NA | 3' 9" | 3' 8" | 3' 11" | 4' | 4' | * |
| Liberty St. & Pine Al. - N. E. Ramp | NA | NA | 5' 10" | 6' | 6' | 4' | 5' 10" | * |
| Liberty St. & Pine Al. - S. E. Ramp | NA | NA | 5' 10" | 8' | 5' 9" | 4' | 6' | * |

\* The City is trying to get this date from PennDOT

Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Top Landing Slope | Cross Slope | Ramp Slope | Cross Slope | Bottom Landing Slope 1 | Cross Slope 2 |
|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | |
| Liberty St. & Pine Pl. - N. W. Ramp | 1.33% | 6.23% | 16.80% | 7.47% | 0.10% | 1.60% |
| Liberty St. & Pine Pl. - S. W. Ramp | 0.30% | 0.63% | 5.83% | 0.20% | 7.40% | 0.30% |
| Liberty St. & Poplar St. - N. E. Ramp | 4.10% | 5.27% | 16.27% | 1.87% | 7.30% | 0.60% |
| Liberty St. & Poplar St. - N. W. Ramp | #DIV/0! | 1.50% | 10.03% | 4.60% | 5.40% | 3.40% |
| Liberty St. & Poplar St. - S. E. Ramp | 6.53% | #DIV/0! | 4.83% | 2.07% | 2.10% | 2.30% |
| Liberty St. & Poplar St. - S. W. Ramp | #DIV/0! | #DIV/0! | 15.43% | 8.30% | 0.90% | 1.90% |
| Liberty St. & South St. - N. E. Ramp | 2.90% | 5.30% | 5.80% | 7.40% | 12.10% | 6.30% |
| Liberty St. & South St. - N. W. Ramp | 8.47% | 0.30% | 5.17% | 2.03% | 10.10% | 2.70% |
| Liberty St. & South St. - S. E. Ramp | 10.20% | 0.77% | 16.40% | 3.47% | 8.40% | 5.30% |
| Liberty St. & South St. - S. W. Ramp | 11.03% | 2.07% | 20.07% | 0.90% | 7.20% | 1.50% |
| Linden St. & South Cottage St. - N. E. Ramp | 0.40% | 0.97% | 2.47% | 0.63% | 3.00% | 0.00% |
| Linden St. & South Cottage St. - N. W. Ramp | 0.67% | 0.57% | 2.33% | 0.40% | 7.40% | 0.70% |
| North Main St. & Allegheny St. - N. W. Ramp | 3.03% | 4.60% | 3.07% | 3.53% | 1.20% | 3.10% |
| North Main St. & Allegheny St. - S. W. Ramp | 0.37% | 3.40% | 3.20% | 3.10% | 3.80% | 4.90% |
| North Main St. & Baldwin St. - N. W. Ramp | 4.90% | 2.47% | 10.90% | 3.70% | 0.20% | 3.20% |
| North Main St. & Baldwin St. - S. W. Ramp | 4.53% | 2.70% | 7.97% | 1.53% | 7.90% | 5.10% |
| North Main St. & Beech Al. - N. E. Ramp | 5.90% | 1.30% | 7.87% | 3.20% | 5.20% | 4.10% |
| North Main St. & Beech Al. - S. E. Ramp | 5.60% | 5.53% | 3.33% | 6.30% | 4.90% | 2.80% |
| North Main St. & Byllesby Ave. - N. E. Ramp | #DIV/0! | #DIV/0! | 12.77% | 2.93% | 2.60% | 3.60% |
| North Main St. & Byllesby Ave. - S. E. Ramp | 0.57% | 4.10% | 7.13% | 3.30% | 8.80% | 5.50% |
| North Main St. & East John St. - N. E. Ramp | 0.47% | 5.07% | 1.20% | 4.67% | 2.80% | 1.70% |
| North Main St. & East John St. - S. E. Ramp | 0.77% | 4.40% | 2.83% | 4.40% | 1.70% | 2.70% |
| North Main St. & Hecker St. - N. W. Ramp | 3.17% | 1.43% | 1.83% | 2.93% | 4.00% | 2.10% |
| North Main St. & Hecker St. - S. W. Ramp | 2.77% | 4.73% | 1.77% | 3.83% | 0.40% | 2.50% |
| North Main St. & Henry St. - N. E. Ramp | 1.87% | 3.60% | 9.43% | 3.93% | 1.40% | 4.70% |
| North Main St. & Henry St. - S. E. Ramp | 2.03% | 1.90% | 2.90% | 2.33% | 0.80% | 6.90% |
| North Main St. & Limber Rd. - N. E. Ramp | 3.77% | 5.87% | 7.60% | 5.93% | 1.10% | 6.60% |
| North Main St. & Limber Rd. - S. E. Ramp | 2.47% | 2.60% | 10.27% | 4.23% | 1.30% | 6.50% |
| North Main St. & Randolph St. - N. E. Ramp: Crossing N. Main St. | 2.03% | 0.53% | 3.10% | 0.23% | 6.50% | 1.50% |
| North Main St. & Randolph St. - N. E. Ramp: Crossing Randolph St | 0.53% | 2.03% | 6.03% | 0.93% | 5.70% | 0.10% |
| North Main St. & Randolph St. - N. W. Ramp | 1.73% | 0.83% | 8.17% | 0.47% | 6.30% | 0.90% |
| North Main St. & Randolph St. - S. E. Ramp: Crossing N. Main St. | 0.40% | 1.17% | 6.63% | 0.77% | 9.50% | 1.00% |
| North Main St. & Randolph St. - S. E. Ramp: Crossing Randolph St | 1.17% | 0.40% | 4.70% | 0.90% | 8.00% | 0.20% |
| North Main St. & Randolph St. - S. W. Ramp | 0.83% | 1.73% | 3.70% | 1.37% | 4.10% | 4.70% |
| North Main St. & Rose Lane - N. E. Ramp | 0.90% | 0.37% | 9.83% | 0.13% | 0.80% | 0.40% |
| North Main St. & Rose Lane - S. E. Ramp | 1.37% | 2.17% | 10.63% | 1.23% | 1.20% | 0.80% |
| Park Ave. & Allegheny St. - N. E. Ramp | #DIV/0! | #DIV/0! | 9.83% | 6.70% | 2.10% | 2.40% |
| Park Ave. & Allegheny St. - N. W. Ramp | 1.13% | 2.50% | 6.63% | 7.33% | 3.20% | 4.80% |
| | | | | | | 8.20% |

* The City is trying to get this date from PennDOT

Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Side Flares Left | Side Flares Right | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | | | |
| Liberty St. & Pine Pl. - N. W. Ramp | NA | NA | 6' | 6' | 6' | 4' | 5' | * |
| Liberty St. & Pine Pl. - S. W. Ramp | NA | NA | 6' | 5' | 5' 2" | 4' | 6' | * |
| Liberty St. & Poplar St. - N. E. Ramp | NA | NA | 5' 9" | 6' | 3' | 4' | 6' | 1999 |
| Liberty St. & Poplar St. - N. W. Ramp | 0.20% | 6.20% | NA | NA | 7' | 4' | 4' | 1999 |
| Liberty St. & Poplar St. - S. E. Ramp | NA | NA | 6' | 6' | 6' 8" | 4' | 6' | 1999 |
| Liberty St. & Poplar St. - S. W. Ramp | 16.20% | 6.20% | NA | NA | 6' | 4' | 4' 5" | 1999 |
| Liberty St. & South St. - N. E. Ramp | NA | NA | 5' 10" | 3' | 4' | 4' | 4' | * |
| Liberty St. & South St. - N. W. Ramp | NA | NA | 5' 10" | 6' 2" | 2' 10" | 4' | 4' | * |
| Liberty St. & South St. - S. E. Ramp | NA | NA | 5' 6" | 6' | 7' | 4' | 4' 6" | 1999 |
| Liberty St. & South St. - S. W. Ramp | NA | NA | 5' 7" | 6' | 3' 10" | 4' | 4' 5" | 1999 |
| Linden St. & South Cottage St. - N. E. Ramp | NA | NA | 6' | 6' | 6' 10" | 4' | 6' | * |
| Linden St. & South Cottage St. - N. W. Ramp | NA | NA | 6' | 5' | 8' | 4' | 6' | * |
| North Main St. & Allegheny St. - N. W. Ramp | NA | NA | 8' | 6' | 6' | 4' | 6' | 1993 |
| North Main St. & Allegheny St. - S. W. Ramp | NA | NA | 4' 8" | 6' | 4' | 4' | 6' | 1993 |
| North Main St. & Baldwin St. - N. W. Ramp | NA | NA | 5' 6" | 6' | 7' 2" | 4' | 5' | * |
| North Main St. & Baldwin St. - S. W. Ramp | NA | NA | 6' | 5' | 4' 10' | 4' | 6' | * |
| North Main St. & Beech Al. - N. E. Ramp | NA | NA | 5' 9" | 5' 5" | 6' | 4' | 4' 6" | * |
| North Main St. & Beech Al. - S. E. Ramp | NA | NA | 5' 6" | 6' | 5' 6" | 4' | 6' | * |
| North Main St. & Byllesby Ave. - N. E. Ramp | 12.60% | 14.00% | NA | NA | 4' 5" | 4' | 5' | 1994 |
| North Main St. & Byllesby Ave. - S. E. Ramp | 15.50% | 21.50% | 5' 8" | 5' | 4' 6" | 4' | 4' | 1994 |
| North Main St. & East John St. - N. E. Ramp | NA | NA | 6' | 6' | 6' 10" | 4' | 6' | * |
| North Main St. & East John St. - S. E. Ramp | NA | NA | 5' 6" | 6' | 7' 6" | 4' | 6' | * |
| North Main St. & Hecker St. - N. W. Ramp | NA | NA | 5' 10" | 5' 6" | 7' 4" | 4' | 5' 6" | * |
| North Main St. & Hecker St. - S. W. Ramp | NA | NA | 5' | 5' | 4' 10" | 4' | 4' 6" | * |
| North Main St. & Henry St. - N. E. Ramp | NA | NA | 5' 9" | 6' | 8' 6" | 4' | 4' | * |
| North Main St. & Henry St. - S. E. Ramp | NA | NA | 6' | 6' | 6' 2" | 4' | 5' | * |
| North Main St. & Limber Rd. - N. E. Ramp | NA | NA | 5' 6" | 6' 6" | 5' 10" | 4' | 5' | * |
| North Main St. & Limber Rd. - S. E. Ramp | NA | NA | 5' | 6' 2" | 7' 6" | 4' | 4' 6" | * |
| North Main St. & Randolph St. - N. E. Ramp: Crossing N. Main St. | NA | NA | 6' | 5' 10" | 23' | 4' | 5' | 1996 |
| North Main St. & Randolph St. - N. E. Ramp: Crossing Randolph St | NA | NA | 5' 10" | 6' | 8' 2" | 4' | 4' 6" | 1996 |
| North Main St. & Randolph St. - N. W. Ramp | NA | NA | 6' | 6' | 8' | 4' | 5' | 1996 |
| North Main St. & Randolph St. - S. E. Ramp: Crossing N. Main St. | NA | NA | 6' | 6' | 23' 6" | 4' | 3' 5" | 1996 |
| North Main St. & Randolph St. - S. E. Ramp: Crossing Randolph St | NA | NA | 6' | 6' | 8' 6" | 4' | 3' 6" | 1996 |
| North Main St. & Randolph St. - S. W. Ramp | NA | NA | 6' | 6' | 22' | 4' | 5' | 1996 |
| North Main St. & Rose Lane - N. E. Ramp | NA | NA | 5' 7" | 6' | 3' 8" | 4' | 4' 6" | * |
| North Main St. & Rose Lane - S. E. Ramp | 12.40% | 7.10% | 4' 10" | 6' | 5' 5" | 4' | 4' 6" | * |
| Park Ave. & Allegheny St. - N. E. Ramp | | 4.90% | NA | NA | 6' | 4' | 6' | 1993 |
| Park Ave. & Allegheny St. - N. W. Ramp | NA | NA | 5' 5" | 6' | 5' 9" | 4' | 6' | 1993 |

* The City is trying to get this date from PennDOT

## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Top Landing Slope | Cross Slope | Ramp Slope | Cross Slope | Bottom Landing Slope 1 | Cross Slope 2 |
|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | |
| Park Ave. & Allegheny St. - S. E. Ramp | #DIV/0! | #DIV/0! | 13.17% | 2.33% | 1.00% | 3.70% |
| Park Ave. & Allegheny St. - S. W. Ramp | 3.87% | 2.93% | 11.27% | 6.30% | 1.40% | 2.20% |
| Park Ave. & Pine St. - N. E. Ramp : Crossing Pine | 3.77% | 2.77% | 0.40% | 2.23% | 2.30% | 3.50% |
| Park Ave. & Pine St. - N. E. Ramp: Crossing Park Ave. | 2.17% | 1.57% | 2.07% | 1.10% | 8.60% | 1.00% |
| Park Ave. & Pine St. - N. W. Ramp: Crossing Park Ave. | 1.30% | 0.57% | 1.17% | 1.03% | 5.70% | 4.30% |
| Park Ave. & Pine St. - N. W. Ramp: CrossingPine St. | #DIV/0! | #DIV/0! | 4.00% | 5.40% | 10.40% | 3.60% |
| Park Ave. & Pine St. - S. E. Ramp: Crossing Park Ave. | 4.40% | 0.80% | 7.00% | 1.87% | 5.30% | 2.00% |
| Park Ave. & Pine St. - S. E. Ramp: Crossing Pine | 5.43% | 2.47% | 6.23% | 0.40% | 9.30% | 1.10% |
| Park Ave. & Pine St. - S. W. Ramp: Crossing Park Ave, | 3.47% | 3.80% | 3.57% | 3.03% | 1.50% | 2.20% |
| Park Ave. & Pine St. - S. W. Ramp: Crossing Pine | 2.47% | 2.77% | 3.70% | 3.30% | 4.10% | 5.20% |
| Park Ave. & Poplar St. - N. E. Ramp: Crossing Park Ave. | 0.20% | 1.60% | 9.50% | 2.63% | 1.80% | 1.70% |
| Park Ave. & Poplar St. - N. E. Ramp: Crossing Poplar St. | 0.53% | 1.80% | 4.73% | 2.30% | 2.10% | 0.40% |
| Park Ave. & Poplar St. - N. W. Ramp: Crossing Park Ave. | 1.30% | 3.73% | 9.30% | 1.00% | 0.00% | 3.20% |
| Park Ave. & Poplar St. - N. W. Ramp: Crossing Poplar St | 2.37% | 2.27% | 9.50% | 4.00% | 2.90% | 3.60% |
| Park Ave. & Poplar St. - S. E. Ramp: Crossing Park Ave. | 0.40% | 0.87% | 2.10% | 0.70% | 2.10% | 0.20% |
| Park Ave. & Poplar St. - S. E. Ramp: Crossing Poplar St. | 4.67% | 0.47% | 8.50% | 2.53% | 6.70% | 4.40% |
| Park Ave. & Poplar St. - S. W. Ramp: Crossing Park Ave. | 1.40% | 2.63% | 1.93% | 2.10% | 8.70% | 4.20% |
| Park Ave. & Poplar St. - S. W. Ramp: Crossing Poplar St. | 2.27% | 2.37% | 8.07% | 3.80% | 5.90% | 1.10% |
| Park Ave. & Vale St. - N. W. Ramp | 3.17% | 0.03% | 4.60% | 0.60% | 0.40% | 2.30% |
| Park Ave. & Vale St. - S. W. Ramp | 1.43% | 2.63% | 2.57% | 0.63% | 6.50% | 2.10% |
| Park Ave. & West Center St. - N. E. Ramp: Crossing Park Ave. | 2.33% | 0.57% | 0.90% | 1.77% | 4.70% | 3.40% |
| Park Ave. & West Center St. - N. E. Ramp: Crossing W. Center St. | 1.37% | 3.37% | 3.30% | 2.77% | 2.80% | 3.60% |
| Park Ave. & West Center St. - N. W. Ramp | 1.70% | 0.97% | 12.50% | 4.40% | 1.00% | 3.10% |
| Park Ave. & West Center St. - S. E. Ramp | 1.63% | 3.60% | 1.30% | 4.40% | 0.50% | 4.70% |
| Park Ave. & West Center St. - S. W. Ramp | 1.30% | 2.63% | 2.13% | 2.37% | 1.10% | 4.50% |
| Park Ave. & West Cherry - N. E. Ramp | 1.90% | 1.63% | 10.23% | 3.23% | 4.00% | 2.40% |
| Park Ave. & West Cherry - N. W. Ramp | #DIV/0! | #DIV/0! | 3.40% | 2.80% | 4.10% | 2.00% |
| Park Ave. & West Cherry - S. E. Ramp | 2.13% | 3.60% | 6.13% | 3.30% | 2.40% | 1.80% |
| Park Ave. & West Cherry - S. W. Ramp | 2.83% | 5.60% | 2.67% | 4.17% | 1.20% | 0.90% |
| Pine St. & Liberty St. - N. E. Ramp | 0.63% | 3.17% | 7.97% | 3.17% | 6.40% | 1.80% |
| Pine St. & Liberty St. - N. W. Ramp | 3.17% | 0.63% | 6.50% | 1.13% | 4.40% | 0.50% |
| Pine St. & Liberty St. - S. E. Ramp | 1.47% | 0.93% | 3.20% | 1.00% | 2.30% | 0.50% |
| Pine St. & Liberty St. - S. W. Ramp | 0.97% | 1.80% | 5.63% | 1.70% | 0.90% | 0.20% |
| Pine St. & South Main St. - N. E. Ramp: Crossing S. Main St. | 0.80% | 0.93% | 5.97% | 0.53% | 2.20% | 0.70% |
| Pine St. & South Main St. - N. W. Ramp: Crossing Pine St. | 0.27% | 1.00% | 4.10% | 1.07% | 0.50% | 0.40% |
| Pine St. & South Main St. - N. W. Ramp: Crossing S. Main St. | #DIV/0! | #DIV/0! | 5.90% | 0.43% | 2.60% | 0.10% |
| Pine St. & South Main St. - S. E. Ramp: Crossing S. Main St. | #DIV/0! | #DIV/0! | 11.07% | 1.17% | 1.50% | 0.50% |
| Pine St. & South Main St. - S. W. Ramp: Crossing Pine St. | 0.97% | 0.63% | 6.67% | 0.47% | 0.60% | 0.00% |

\* The City is trying to get this date from PennDOT

## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Side Flares Left | Side Flares Right | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | | | |
| Park Ave. & Allegheny St. - S. E. Ramp | 6.30% | NA | NA | NA | 5' 5" | 4' | 6' 10" | 1993 |
| Park Ave. & Allegheny St. - S. W. Ramp | 13.00% | NA | 5' 9" | 5' 8" | 5' 3" | 4' | 4' | 1993 |
| Park Ave. & Pine St. - N. E. Ramp : Crossing Pine | NA | NA | 6' | 5' 1" | 5' 7" | 4' | 5' 6" | * |
| Park Ave. & Pine St. - N. E. Ramp: Crossing Park Ave. | NA | NA | 6' | 6' | 4' 6" | 4' | 6' | * |
| Park Ave. & Pine St. - N. W. Ramp: Crossing Park Ave. | NA | NA | 4' | 4' | 5' | 4' | 4' | * |
| Park Ave. & Pine St. - N. W. Ramp: CrossingPine St. | 7.10% | 7.10% | NA | NA | 8' | 4' | 4' 6" | * |
| Park Ave. & Pine St. - S. E. Ramp: Crossing Park Ave. | NA | NA | 6' | 5' 1" | 6' 2" | 4' | 6' | * |
| Park Ave. & Pine St. - S. E. Ramp: Crossing Pine | NA | NA | 6' | 6' | 7' 11" | 4' | 6' | * |
| Park Ave. & Pine St. - S. W. Ramp: Crossing Park Ave, | NA | NA | 5' 8" | 6' | 4' 10" | 4' | 6' | * |
| Park Ave. & Pine St. - S. W. Ramp: Crossing Pine | NA | NA | 6' | 5' | 3' | 4' | 7' | * |
| Park Ave. & Poplar St. - N. E. Ramp: Crossing Park Ave. | NA | NA | 5' | 5' | 5' 9" | 4' | 5' 9" | 1999 |
| Park Ave. & Poplar St. - N. E. Ramp: Crossing Poplar St. | | 6.50% | 5' 8" | 5' 9" | 5' 6" | 4' | 6' | 1999 |
| Park Ave. & Poplar St. - N. W. Ramp: Crossing Park Ave. | NA | NA | 5' 6" | 6' | 2' 6" | 4' | 5' 6" | 1999 |
| Park Ave. & Poplar St. - N. W. Ramp: Crossing Poplar St. | NA | NA | 6' | 6' | 3' 10" | 4' | 6' | 1999 |
| Park Ave. & Poplar St. - S. E. Ramp: Crossing Park Ave. | NA | NA | 6' | 5' 4" | 8' 4" | 4' | 6' | 1999 |
| Park Ave. & Poplar St. - S. E. Ramp: Crossing Poplar St. | NA | NA | 6' | 4' 10" | 4' 8" | 4' | 4' | 1999 |
| Park Ave. & Poplar St. - S. W. Ramp: Crossing Park Ave. | NA | NA | 6' | 6' | 18' | 4' | 5' | 1999 |
| Park Ave. & Poplar St. - S. W. Ramp: Crossing Poplar St. | NA | NA | 6' | 6' | 21' 6" | 4' | 6' | 1999 |
| Park Ave. & Vale St. - N. W. Ramp | NA | NA | 5' | 6' | 21' 6" | 4' | 4' | 2001 |
| Park Ave. & Vale St. - S. W. Ramp | NA | NA | 6' | 6' | 15' | 4' | 6' | 2001 |
| Park Ave. & West Center St. - N. E. Ramp: Crossing Park Ave. | NA | NA | 5' | 6' 6" | 5' 6" | 4' | 5' | * |
| Park Ave. & West Center St. - N. E. Ramp: Crossing W. Center St. | NA | NA | 6' | 6' | 6' 10" | 4' | 6' | * |
| Park Ave. & West Center St. - N. W. Ramp | NA | NA | 4' | 4' | 3' | 4' | 4' | * |
| Park Ave. & West Center St. - S. E. Ramp | NA | NA | 5' 6" | 4' 11" | 5' | 4' | 6' | * |
| Park Ave. & West Center St. - S. W. Ramp | NA | NA | 5' | 5' 6" | 5' 2" | 4' | 6' | * |
| Park Ave. & West Cherry - N. E. Ramp | NA | NA | 6' 9" | 6' 9" | 6' | 4' | 3' 9" | * |
| Park Ave. & West Cherry - N. W. Ramp | 3.00% | NA | NA | NA | 5' 5" | 4' | 5' | * |
| Park Ave. & West Cherry - S. E. Ramp | NA | NA | 6' | 6' 6" | 3' | 4' | 5' | * |
| Park Ave. & West Cherry - S. W. Ramp | 21.00% | NA | 5' 6" | 6' | 6' 6" | 4' | 5' | * |
| Pine St. & Liberty St. - N. E. Ramp | NA | NA | 6' | 5' | 12' | 4' | 5' | * |
| Pine St. & Liberty St. - N. W. Ramp | NA | NA | 5' | 6' | 23' | 4' | 4' 4" | * |
| Pine St. & Liberty St. - S. E. Ramp | NA | NA | 6' | 6' | 19' | 4' | 5' 6" | * |
| Pine St. & Liberty St. - S. W. Ramp | NA | NA | 6' | 4' 10" | 8' 6" | 4' | 4' 4" | * |
| Pine St. & South Main St. - N. E. Ramp: Crossing S. Main St. | NA | NA | 6' | 5' | 7' 6" | 4' | 3' 6" | 2001 |
| Pine St. & South Main St. - N. W. Ramp: Crossing Pine St. | NA | NA | 5' 6" | 6.30% | 7' 10" | 4' | 5' 10" | 2001 |
| Pine St. & South Main St. - N. W. Ramp: Crossing S. Main St. | 8.70% | NA | NA | NA | 6' 7" | 4' | 4' | 2001 |
| Pine St. & South Main St. - S. E. Ramp: Crossing S. Main St. | 11.00% | 11.00% | NA | NA | 6' 7" | 4' | 3' 6" | 2001 |
| Pine St. & South Main St. - S. W. Ramp: Crossing Pine St. | NA | NA | 5' 9" | 4' 10" | 4' 9" | 4' | 7' | 2001 |

\* The City is trying to get this date from PennDOT

## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Top Landing Slope | Cross Slope | Ramp Slope | Cross Slope | Bottom Landing Slope 1 | Cross Slope 2 |
|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | |
| Pine St. & South Main St. - S. W. Ramp: Crossing S. Main St. | 0.83% | 0.43% | 8.03% | 0.37% | 0.90% | **4.70%** |
| Pine St. & Spencer Al. - N. E. Ramp | 0.93% | 1.03% | 8.43% | 1.93% | 0.20% | 2.00% |
| Pine St. & Spencer Al. - N. W. Ramp | 0.70% | 0.47% | 1.83% | 1.23% | **3.20%** | **3.10%** |
| Poplar St. & East Al. - N. E. Ramp | **2.47%** | 0.93% | -0.70% | 0.80% | 0.30% | 1.00% |
| Poplar St. & East Al. - N. W. Ramp | 0.93% | **2.47%** | 2.27% | 1.53% | 1.80% | 0.50% |
| Poplar St. & East Al. - S. E. Ramp | **5.50%** | **3.67%** | **14.83%** | **3.87%** | **6.90%** | 1.60% |
| Poplar St. & East Al. - S. W. Ramp | **3.67%** | **5.50%** | **12.10%** | **6.53%** | 1.70% | **3.40%** |
| South Main St. & Arch St. - N. E. Ramp: Crossing Arch St. | 0.47% | 1.13% | 5.03% | 0.93% | 0.40% | **4.50%** |
| South Main St. & Arch St. - N. E. Ramp: Crossing S. Main St. | 1.40% | 0.83% | 1.97% | 1.20% | 0.20% | 0.80% |
| South Main St. & Arch St. - N. W. Ramp | **2.57%** | **4.40%** | 3.80% | **4.37%** | 1.40% | **4.70%** |
| South Main St. & Arch St. - S. E. Ramp: Crossing Arch St. | **1.97%** | **3.87%** | 4.87% | 0.93% | 1.00% | 0.50% |
| South Main St. & Arch St. - S. E. Ramp: Crossing S. Main St. | 2.17% | 1.13% | 8.37% | 0.80% | 1.70% | 1.90% |
| South Main St. & Arch St. - S. W. Ramp: Crossing Arch St. | 1.70% | 0.50% | 2.73% | 0.63% | **4.20%** | 0.70% |
| South Main St. & Arch St. - S. W. Ramp: Crossing S. Main St. | 1.27% | 0.93% | 7.03% | 0.60% | 1.20% | 0.70% |
| South Main St. & Linden St. - N. E. Ramp: Crossing Linden St. | 0.47% | **5.23%** | 5.23% | **3.30%** | 0.70% | **3.00%** |
| South Main St. & Linden St. - N. E. Ramp: Crossing S. Main St. | #DIV/0! | #DIV/0! | 8.80% | 0.60% | **4.60%** | 1.70% |
| South Main St. & Linden St. - N. W. Ramp: Crossing Linden St. | **6.83%** | 1.37% | 6.80% | 0.83% | 1.70% | 0.20% |
| South Main St. & Linden St. - S. E. Ramp: Crossing Linden St. | 0.33% | 1.47% | 3.40% | **2.97%** | 0.60% | **2.40%** |
| South Main St. & Linden St. - S. E. Ramp: Crossing S. Main St. | 2.13% | **2.80%** | 1.67% | **2.67%** | 1.60% | 0.30% |
| South Main St. & Linden St. - S. W. Ramp: Crossing Linden St. | 0.73% | **4.43%** | 3.97% | **4.97%** | 1.40% | 1.50% |
| South Main St. & Linden St. - S. W. Ramp: Crossing S. Main St. | 1.37% | **6.83%** | 7.30% | **2.83%** | 1.80% | **2.40%** |
| South Main St. & Poplar St. - N. E. Ramp: Crossing Poplar St. | **3.00%** | 0.63% | **9.27%** | 1.30% | 0.80% | 0.60% |
| South Main St. & Poplar St. - N. E. Ramp: Crossing S. Main St. | 2.43% | **2.30%** | **11.43%** | **1.80%** | **4.10%** | 0.90% |
| South Main St. & Poplar St. - N. W. Ramp: Crossing Poplar St. | 1.10% | **3.70%** | 0.57% | 1.40% | 0.60% | 0.20% |
| South Main St. & Poplar St. - N. W. Ramp: Crossing S. Main St. | **1.80%** | **2.83%** | 0.83% | 1.17% | 1.40% | 0.60% |
| South Main St. & Poplar St. - S. E. Ramp: Crossing Poplar St. | #DIV/0! | #DIV/0! | 5.37% | 1.80% | **2.80%** | 1.40% |
| South Main St. & Poplar St. - S. E. Ramp: Crossing S. Main St. | #DIV/0! | #DIV/0! | 5.97% | 0.53% | **6.00%** | 1.60% |
| South Main St. & Poplar St. - S. W. Ramp: Crossing Poplar St. | #DIV/0! | #DIV/0! | 6.60% | 1.13% | **4.70%** | 0.40% |
| South Main St. & Poplar St. - S. W. Ramp: Crossing S. Main St. | #DIV/0! | #DIV/0! | 0.43% | 1.13% | **3.00%** | 1.50% |
| State St. & Grove St. - S. E. Ramp | **2.67%** | 1.40% | 6.00% | **1.73%** | **5.10%** | 1.10% |
| State St. & Grove St. - S. W. Ramp | 1.40% | **2.67%** | 5.80% | 1.80% | 2.50% | 0.70% |
| State St. & Mohican Pl. - N. E. Ramp | 0.27% | 0.50% | 3.87% | **1.47%** | 0.10% | 0.70% |
| State St. & Mohican Pl. - N. W. Ramp | #DIV/0! | #DIV/0! | **9.03%** | 1.40% | 0.80% | **2.80%** |
| State St. & Stewart St. - N. E. Ramp | 0.60% | **4.37%** | 2.97% | **5.30%** | 0.50% | **2.70%** |
| State St. & Stewart St. - N. W. Ramp | #DIV/0! | #DIV/0! | 4.40% | 1.30% | 0.50% | 1.00% |
| Terrace St. & Spring St. - N. E. Ramp | **4.33%** | 1.40% | 6.20% | 1.67% | **5.00%** | **3.80%** |
| Terrace St. & Spring St. - S. E. Ramp: Crossing Spring St. | **3.57%** | 1.97% | 8.10% | **4.20%** | **5.30%** | **6.30%** |
| Terrace St. & Spring St. - S. E. Ramp: Crossing Terrace St. | 0.90% | **3.50%** | 4.77% | **6.37%** | 1.90% | **9.20%** |

\* The City is trying to get this date from PennDOT

## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Side Flares Left | Side Flares Right | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | | | |
| Pine St. & South Main St. - S. W. Ramp: Crossing S. Main St. | NA | NA | 6' | 4' 9" | 8' | 4' | 4' 6" | 2001 |
| Pine St. & Spencer Al. - N. E. Ramp | 13.50% | NA | 5' 8" | 5' 6" | 3' 6" | 4' | 6' | * |
| Pine St. & Spencer Al. - N. W. Ramp | NA | NA | 5' 10" | 5' 10" | 6' 1" | 4' | 5' 10" | * |
| Poplar St. & East Al. - N. E. Ramp | 0.30% | NA | 6' | 4'6" | 3' | 4' | 5' | 1996 |
| Poplar St. & East Al. - N. W. Ramp | NA | NA | 4'6" | 6' | 5'6" | 4' | 4' | 1996 |
| Poplar St. & East Al. - S. E. Ramp | 15.00% | NA | 4' 4" | 3' | 3' 6" | 4' | 4' | 1996 |
| Poplar St. & East Al. - S. W. Ramp | NA | NA | 3' | 4' 4" | 4' | 4' | 4' | 1996 |
| South Main St. & Arch St. - N. E. Ramp: Crossing Arch St. | 6.90% | NA | 5'10" | 5'6" | 6' | 4' | 5' | 1996 |
| South Main St. & Arch St. - N. E. Ramp: Crossing S. Main St. | | | 6' | 7' | 13' | 4' | 5' | 1996 |
| South Main St. & Arch St. - N. W. Ramp | NA | NA | 6' | 7' | 7' | 4' | 4' | 1996 |
| South Main St. & Arch St. - S. E. Ramp: Crossing Arch St. | NA | NA | 4' | 2'3" | 6' | 4' | 4' | 1996 |
| South Main St. & Arch St. - S. E. Ramp: Crossing S. Main St. | NA | NA | 4' | 4' | 6' | 4' | 4' | 1996 |
| South Main St. & Arch St. - S. W. Ramp: Crossing Arch St. | NA | NA | 6' | 6' | 12' | 4' | 4' | 1996 |
| South Main St. & Arch St. - S. W. Ramp: Crossing S. Main St. | NA | NA | 6' | 7' | 6' | 4' | 4' | 1996 |
| South Main St. & Linden St. - N. E. Ramp: Crossing Linden St. | NA | NA | 5'6" | 5'8" | 2'10" | 4' | 4'6" | 1993 |
| South Main St. & Linden St. - N. E. Ramp: Crossing S. Main St. | | | NA | NA | 7'5" | 4' | >4' | 1993 |
| South Main St. & Linden St. - N. W. Ramp: Crossing Linden St. | | | 5' | 4' | 3'6" | 4' | 5' | 1993 |
| South Main St. & Linden St. - S. E. Ramp: Crossing Linden St. | NA | NA | 6' | 4' | 4' | 4' | 5' | 1993 |
| South Main St. & Linden St. - S. E. Ramp: Crossing S. Main St. | NA | NA | 6' | 5'11" | 6' | 4' | 6' | 1993 |
| South Main St. & Linden St. - S. W. Ramp: Crossing Linden St. | NA | NA | 6' | 6' | 6'2" | 4' | 5' | 1993 |
| South Main St. & Linden St. - S. W. Ramp: Crossing S. Main St. | NA | NA | 4' | 5' | 4' | 4' | 4' | 1993 |
| South Main St. & Poplar St. - N. E. Ramp: Crossing Poplar St. | NA | NA | 4' | 4'5" | 5' | 4' | 4' | 1999 |
| South Main St. & Poplar St. - N. E. Ramp: Crossing S. Main St. | | | 5' | 6' | 5' | 4' | 5' | 1999 |
| South Main St. & Poplar St. - N. W. Ramp: Crossing Poplar St. | 0.10% | NA | 5' | 4' | 4' | 4' | 5' | 1999 |
| South Main St. & Poplar St. - N. W. Ramp: Crossing S. Main St. | 0.10% | NA | 5' | 4'6" | 6'6" | 4' | 4'5" | 1999 |
| South Main St. & Poplar St. - S. E. Ramp: Crossing Poplar St. | 4.20% | -3.90% | NA | NA | 7' | 4' | >4' | 1999 |
| South Main St. & Poplar St. - S. E. Ramp: Crossing S. Main St. | 5.00% | -5.00% | NA | NA | 7' | 4' | >4' | 1999 |
| South Main St. & Poplar St. - S. W. Ramp: Crossing Poplar St. | 4.30% | -7.90% | NA | NA | 8' | 4' | >4' | 1999 |
| South Main St. & Poplar St. - S. W. Ramp: Crossing S. Main St. | 1.60% | -0.40% | NA | NA | 6' | 4' | >4' | 1999 |
| State St. & Grove St. - S. E. Ramp | NA | | 5' | 5' | 4' | 4' | 4' | * |
| State St. & Grove St. - S. W. Ramp | | NA | 5' | 5' | 4' | 4' | 4' | * |
| State St. & Mohican Pl. - N. E. Ramp | | NA | 6' | 6' | 6' | 4' | >4' | * |
| State St. & Mohican Pl. - N. W. Ramp | NA | | NA | NA | 6' | 4' | 5' | * |
| State St. & Stewart St. - N. E. Ramp | NA | | 6' | 6' | 6' | 4' | 5' | * |
| State St. & Stewart St. - N. W. Ramp | | -3.70% | NA | NA | 6' | 4' | 5' | * |
| Terrace St. & Spring St. - N. E. Ramp | NA | NA | 5'8" | 6' | 7' | 4' | >4' | 1996 |
| Terrace St. & Spring St. - S. E. Ramp: Crossing Spring St. | NA | NA | 6' | 3'6" | 5'5" | 4' | 4'6" | 1996 |
| Terrace St. & Spring St. - S. E. Ramp: Crossing Terrace St. | | | 5' | 4' | 4' | 4' | 3'6" | 1996 |

\* The City is trying to get this date from PennDOT

## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Top Landing Slope | Cross Slope | Ramp Slope | Cross Slope | Bottom Landing Slope 1 | Cross Slope 2 |
|---|---|---|---|---|---|---|
| **Intersection - Direction** | | | | | | |
| Terrace St. & Spring St. - S. W. Ramp | **4.23%** | 0.33% | **13.50%** | 2.10% | 0.20% | **5.70%** |
| Walnut St. & Liberty St. - N. E. Ramp: Crossing Liberty St. | 1.33% | 1.37% | 1.73% | 2.17% | 2.40% | 1.30% |
| Walnut St. & Liberty St. - N. E. Ramp: Crossing Walnut St. | 0.63% | 0.47% | 4.87% | 0.93% | 1.20% | **3.20%** |
| Walnut St. & Liberty St. - N. W. Ramp: Crossing Walnut St. | 1.70% | **3.20%** | 1.70% | **3.73%** | **4.00%** | 0.50% |
| Walnut St. & Liberty St. - N. W. Ramp: Crossing Liberty St. | 1.57% | **3.07%** | **7.53%** | **4.37%** | 0.10% | 0.10% |
| Walnut St. & Liberty St. - S. E. Ramp: Crossing Liberty St. | **5.13%** | 2.10% | **6.43%** | 0.73% | 0.50% | 1.90% |
| Walnut St. & Liberty St. - S. E. Ramp: Crossing Walnut St. | 2.03% | 2.00% | 4.07% | **3.87%** | 0.30% | **3.40%** |
| Walnut St. & Liberty St. - S. W. Ramp: Crossing Liberty St. | **2.80%** | 0.90% | **8.07%** | 1.80% | 1.90% | 2.40% |
| Walnut St. & Liberty St. - S. W. Ramp: Crossing Walnut St. | 1.63% | 0.97% | 4.97% | 1.23% | **3.70%** | 2.20% |
| Washington St. & Penn Al. - S. E. Ramp | #DIV/0! | #DIV/0! | 1.60% | **5.30%** | **5.60%** | **7.50%** |
| Washington St. & Penn Al. - S. W. Ramp | #DIV/0! | #DIV/0! | 2.27% | 0.53% | **6.10%** | **5.70%** |
| Washington St. & Penn St. - S. E. Ramp | **5.17%** | **5.67%** | **11.33%** | **4.27%** | **4.00%** | 1.90% |
| Washington St. & Penn St. - S. W. Ramp | #DIV/0! | #DIV/0! | 9.27% | **6.57%** | 4.10% | **4.50%** |
| Washington St. & State St. - N. Ramp: Crossing State St. | #DIV/0! | #DIV/0! | 4.67% | **2.80%** | **3.00%** | **3.80%** |
| Washington St. & State St. - N. Ramp: Crossing Washington | #DIV/0! | #DIV/0! | 3.13% | 2.17% | 1.00% | **3.40%** |
| Washington St. & State St. - S. Ramp: Crossing State St. | #DIV/0! | #DIV/0! | 9.27% | 0.80% | **4.60%** | **6.00%** |
| Washington St. & State St. - S. Ramp: Crossing Washington | **4.67%** | **5.33%** | 7.43% | **5.10%** | **7.70%** | **2.80%** |

\* The City is trying to get this date from PennDOT

## Listing of Projects Completed After January 26, 1992 by PennDOT

| Street Intersection - Direction Location | Side Flares | | Width of Ramp A | Length of top land B | Length of ramp C | Length of bottom land D | AA | Year Paved |
|---|---|---|---|---|---|---|---|---|
| Intersection - Direction | Left | Right | | | | | | |
| Terrace St. & Spring St. - S. W. Ramp | NA | NA | 6' | 6' | 5' | 4' | 4' | 1996 |
| Walnut St. & Liberty St. - N. E. Ramp: Crossing Liberty St. | NA | NA | 6' | 5'2" | 6' | 4' | 4' | * |
| Walnut St. & Liberty St. - N. E. Ramp: Crossing Walnut St. | NA | NA | 5'3" | 4'5" | 8' | 4' | 4' | * |
| Walnut St. & Liberty St. - N. W. Ramp: Crossing Walnut St. | NA | NA | 5'4" | 5' | 5'6" | 4' | 4' | * |
| Walnut St. & Liberty St. - N. W. Ramp: Crossing Liberty St. | NA | NA | 4' | 3'8" | 10' | 2' | 4' | * |
| Walnut St. & Liberty St. - S. E. Ramp: Crossing Liberty St. | NA | NA | 6' | 6' | 3'3" | 4' | >4' | * |
| Walnut St. & Liberty St. - S. E. Ramp: Crossing Walnut St. | NA | NA | 6' | 6' | 3'7" | 4' | >4' | * |
| Walnut St. & Liberty St. - S. W. Ramp: Crossing Liberty St. | NA | NA | 5'9" | 6' | 3'6" | 4' | 4' | * |
| Walnut St. & Liberty St. - S. W. Ramp: Crossing Walnut St. | NA | NA | 6' | 4'9" | 4'9" | 4' | 4' | * |
| Washington St. & Penn Al. - S. E. Ramp | NA | NA | NA | NA | 8' | 4' | 4' | * |
| Washington St. & Penn Al. - S. W. Ramp | NA | NA | NA | NA | 8' | 4' | 4' | * |
| Washington St. & Penn St. - S. E. Ramp | NA | NA | 4' | 3'9" | 6'3" | 4' | 4' | * |
| Washington St. & Penn St. - S. W. Ramp | NA | NA | NA | NA | 7' | 4' | 4' | * |
| Washington St. & State St. - N. Ramp: Crossing State St. | 8.80% | -2.00% | NA | NA | 7' | 4' | 4' | * |
| Washington St. & State St. - N. Ramp: Crossing Washington | NA | NA | NA | NA | 6' | 4' | 4' | * |
| Washington St. & State St. - S. Ramp: Crossing State St. | 9.10% | NA | NA | NA | 6'6" | 4' | 4' | * |
| Washington St. & State St. - S. Ramp: Crossing Washington | NA | NA | 6' | 6' | 4'4" | 4' | 4' | * |

\* The City is trying to get this date from PennDOT