CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>City of Meadville, Pennsylvania,<br><br>Defendant | Civil Action No: 04-328 Erie<br><br>Hon: Sean McLaughlin, United States District Judge: |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Listing Of Projects Completed After January 26, 1992 By The City Of Meadville And Penndot* was served by Email and US First Class Mail upon counsel for the Plaintiffs, at the following address on November 22, 2005.

J. Mark Finnegan, Esquire
Heberle and Finnegan Ltd.
2580 Craig Road
Ann Arbor, MI 48103
hffirm@comcast.net

CULBERTSON, WEISS, SCHETROMA & SCHUG, P.C.

By: s/ David L. Hotchkiss
**David L. Hotchkiss, Esquire**
Attorneys for Defendant
201 Chestnut Street, Suite 200
Meadville, PA 16335