CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,<br>　　　　　　　　　Plaintiffs<br><br>　　　　　v.<br>City of Meadville, Pennsylvania,<br>　　　　　　　　　Defendant | Civil Action No: 04-328 Erie<br><br>Hon: Sean McLaughlin, United States District Judge: |

### AMENDED LISTING OF PROJECTS COMPLETED AFTER JANUARY 26, 1992 BY THE CITY OF MEADVILLE AND PENNDOT

*Now*, August 17, 2006, comes counsel for the Defendant in the above captioned action and states as follows:

1. On September 2, 2005, this Court entered the Second Consent Decree between the parties.

2. Paragraphs 10 and 12 of the Second Consent Decree required Defendant to file a Listing of Projects Completed After January 26, 1992 by the City of Meadville and by PennDOT.

3. Although Defendant filed the required listings on November 22, 2005, Defendant wishes to now amend its filing.

4. Enclosed herewith are Exhibit 1 – Amended Explanation of Compilation of Data, Exhibit 2 – Key for Ramp Measurement, Exhibit 3 – Amended Listing of Project by City of Meadville, Exhibit 4 – Amended Listing of Projects by PennDOT which fulfills Defendants duty under said Paragraphs 10 and 12 and Exhibit 5 – Second Consent Decree.

　　　　　　　　　　　　　　　　　　CULBERTSON, WEISS, SCHETROMA & SCHUG, P.C.

　　　　　　　　　　　By: s/ David L. Hotchkiss_____
　　　　　　　　　　　　**David L. Hotchkiss, Esquire**
　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　201 Chestnut Street, Suite 200
　　　　　　　　　　　　Meadville, PA 16335