CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville, Pennsylvania 16335
(814) 336-6400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Voices for Independence and, Paul Pecunas; on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　　Plaintiffs<br><br>　　　　　　v.<br><br>City of Meadville, Pennsylvania,<br>　　　　　　　　　　　Defendant | Civil Action No: 04-328 Erie<br><br>Hon: Sean McLaughlin, United States District Judge: |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Amended Listing Of Projects Completed After January 26, 1992 By The City Of Meadville And Penndot* was served by Email and US First Class Mail upon counsel for the Plaintiffs, at the following address on August 17, 2006.

　　　J. Mark Finnegan, Esquire
　　　Heberle and Finnegan Ltd.
　　　2580 Craig Road
　　　Ann Arbor, MI 48103
　　　hffirm@comcast.net


　　　　　　　　　　　　　　　　　　CULBERTSON, WEISS, SCHETROMA & SCHUG, P.C.

　　　　　　　　　　　　　　　By:　s/ David L. Hotchkiss_____
　　　　　　　　　　　　　　　　　**David L. Hotchkiss, Esquire**
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　201 Chestnut Street, Suite 200
　　　　　　　　　　　　　　　　　Meadville, PA 16335